UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

## CIVIL COVER SHEET (CONT'D)

**List of Additional Defendants**

1. Fred Ghassemieh
2. Samuel J. Jagger
3. Alex Ghassemieh
4. Fataneh Ghassemieh
5. Ali Afshari
6. Mahyar Amirsaleh
7. Lillian Ghassemieh
8. Kambiz Ghassemieh
9. Mahvash Ehsani
10. Jennifer Gareis
11. Christina Matthias
12. Eric Ghassemieh
13. Gavin Ghassemieh
14. Sophia Ghassemieh
15. Lewis Stanton
16. Farhad Ghassemieh
17. Cyrus Amirsaleh
18. Fred Ghassemieh Children's Trust
19. Feridoon Ghassemieh Descendant's Trust
20. Trust FBO Feridoon Ghassemieh
21. Trust FBO Alex Ghassemieh
22. Bob Ghassemieh 2021 Children's Trust
23. Lillian Ghassemieh 2021 Children's Trust
24. Trust FBO Firouzeh Ghassemieh
25. Alpine Lake Partners, LP
26. BL PCH LLC
27. Pacific SHG Ventures, LLC
28. Morning View Hotels BH I, LLC
29. Palm Lake GP, LLC
30. Brancous LP1
31. Alejandro Malbran