# EXHIBIT 11

**UNITED STATES**
**SECURITIES AND EXCHANGE COMMISSION**
**WASHINGTON, D.C. 20549**

**FORM 10-K**

☑  **ANNUAL REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**

For the fiscal year ended December 31, 2024

**OR**

☐  **TRANSITION REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**

For the transition period from _____ to _____

Commission file number: 001-35972

# BRAEMAR HOTELS & RESORTS INC.

*(Exact name of registrant as specified in its charter)*

| Maryland | 46-2488594 |
|---|---|
| *(State or other jurisdiction of incorporation or organization)* | *(IRS employer identification number)* |

14185 Dallas Parkway
Suite 1200
Dallas
Texas                                                                                    75254

| *(Address of principal executive offices)* | *(Zip code)* |
|---|---|

(972) 490-9600
*(Registrant's telephone number, including area code)*

Securities registered pursuant to Section 12(b) of the Act:

| Title of each class | Trading Symbol(s) | Name of each exchange on which registered |
|---|---|---|
| **Common Stock** | **BHR** | **New York Stock Exchange** |
| **Preferred Stock, Series B** | **BHR-PB** | **New York Stock Exchange** |
| **Preferred Stock, Series D** | **BHR-PD** | **New York Stock Exchange** |

Securities registered pursuant to Section 12(g) of the Act:

**None**

Indicate by check mark if the registrant is a well-known seasoned issuer, as defined in Rule 405 of the Securities Act. ☐  Yes  ☑  No

Indicate by check mark if the registrant is not required to file reports pursuant to Section 13 or Section 15(d) of the Act. ☐  Yes  ☑  No

Indicate by check mark whether the registrant (1) has filed all reports required to be filed by Section 13 or 15(d) of the Securities Exchange Act of 1934 during the preceding 12 months (or for such shorter period that the registrant was required to file such reports), and (2) has been subject to such filing requirements for the past 90 days.  ☑  Yes  ☐  No

Indicate by check mark whether the registrant has submitted electronically every Interactive Data File required to be submitted pursuant to Rule 405 of Regulation S-T (§232.405 of this chapter) during the preceding 12 months (or for such shorter period that the registrant was required to submit such files)  ☑  Yes  ☐  No

Indicate by check mark whether the registrant is a large accelerated filer, an accelerated filer, a non-accelerated filer, a smaller reporting company, or an emerging growth company. See the definitions of "large accelerated filer," "accelerated filer," "smaller reporting company," and "emerging growth company" in Rule 12b-2 of the Exchange Act.

| Large accelerated filer | ☐ | Accelerated filer | ☑ |
|---|---|---|---|
| Non-accelerated filer | ☐ | Smaller reporting company | ☐ |
| | | Emerging growth company | ☐ |

If an emerging growth company, indicate by check mark if the registrant has elected not to use the extended transition period for complying with any new or revised financial accounting standards provided pursuant to Section 13(a) of the Exchange Act. ☐

Indicate by check mark whether the registrant has filed a report on and attestation to its management's assessment of the effectiveness of its internal control over financial reporting under Section 404(b) of the Sarbanes-Oxley Act (15 USC. 7262(b)) by the registered public accounting firm that prepared or issued its audit report. ☑

If securities are registered pursuant to Section 12(b) of the Act, indicate by check mark whether the financial statements of the registrant included in the filing reflect the correction of an error to previously issued financial statements. ☐

Indicate by check mark whether any of those error corrections are restatements that required a recovery analysis of incentive-based compensation received by any of the registrant's executive officers during the relevant recovery period pursuant to §240.10D-1(b). ☐

Indicate by check mark whether the registrant is a shell company (as defined in Rule 12b-2 of the Exchange Act). ☐  Yes  ☑  No

As of June 30, 2024, the aggregate market value of 64,493,121 shares of the registrant's common stock held by non-affiliates was approximately $164,457,459.

As of March 10, 2025, the registrant had 67,046,523 shares of common stock outstanding.

**DOCUMENTS INCORPORATED BY REFERENCE**

Portions of the registrant's definitive Proxy Statement pertaining to the 2025 Annual Meeting of Stockholders are incorporated herein by reference into Part III of this Form 10-K.

**BRAEMAR HOTELS & RESORTS INC.**
**YEAR ENDED DECEMBER 31, 2024**
**INDEX TO FORM 10-K**

|  |  | Page |
|---|---|---|
| **PART I** | | |
| Item 1. | Business | 3 |
| Item 1A. | Risk Factors | 49 |
| Item 1B. | Unresolved Staff Comments | 76 |
| Item 1C. | Cybersecurity | 76 |
| Item 2. | Properties | 76 |
| Item 3. | Legal Proceedings | 77 |
| Item 4. | Mine Safety Disclosures | 78 |
| **PART II** | | |
| Item 5. | Market for Registrant's Common Equity, Related Stockholder Matters and Issuer Purchases of Equity Securities | 79 |
| Item 6. | Reserved | 83 |
| Item 7. | Management's Discussion and Analysis of Financial Condition and Results of Operations | 83 |
| Item 7A. | Quantitative and Qualitative Disclosures About Market Risk | 104 |
| Item 8. | Financial Statements and Supplementary Data | 105 |
| Item 9. | Changes in and Disagreements with Accountants on Accounting and Financial Disclosure | 153 |
| Item 9A. | Controls and Procedures | 153 |
| Item 9B. | Other Information | 155 |
| Item 9C. | Disclosure Regarding Foreign Jurisdictions that Prevent Inspections | 155 |
| **PART III** | | |
| Item 10. | Directors, Executive Officers and Corporate Governance | 155 |
| Item 11. | Executive Compensation | 155 |
| Item 12. | Security Ownership of Certain Beneficial Owners and Management and Related Stockholder Matters | 155 |
| Item 13. | Certain Relationships and Related Transactions, and Director Independence | 155 |
| Item 14. | Principal Accounting Fees and Services | 155 |
| **PART IV** | | |
| Item 15. | Financial Statement Schedules and Exhibits | 156 |
| Item 16. | Form 10-K Summary | 161 |
| **SIGNATURES** | | |

As used in this Annual Report on Form 10-K, unless the context otherwise indicates, the references to "we," "us," "our," the "Company" or "Braemar" refer to Braemar Hotels & Resorts Inc., a Maryland corporation, and, as the context may require, its consolidated subsidiaries, including Braemar Hospitality Limited Partnership, a Delaware limited partnership, which we refer to as "our operating partnership" or "Braemar OP." "Our TRSs" refers to our taxable REIT subsidiaries, including Braemar TRS Corporation, a Delaware corporation, which we refer to as "Braemar TRS," and its subsidiaries, together with the two taxable REIT subsidiaries that leased during 2024 our two hotels held in a consolidated joint venture and are wholly owned by the joint venture and the U.S. Virgin Islands' ("USVI") taxable REIT subsidiary that owns The Ritz-Carlton St. Thomas hotel. "Ashford Trust" or "AHT" refers to Ashford Hospitality Trust, Inc., a Maryland corporation, and, as the context may require, its consolidated subsidiaries, including Ashford Hospitality Limited Partnership, a Delaware limited partnership and Ashford Trust's operating partnership, which we refer to as "Ashford Trust OP." "Ashford Inc." refers to Ashford Inc., a Nevada corporation and, as the context may require, its consolidated subsidiaries. "Ashford LLC" or "our advisor" refers to Ashford Hospitality Advisors LLC, a Delaware limited liability company and a subsidiary of Ashford Inc. "Premier" refers to Premier Project Management LLC, a Maryland limited liability company and a subsidiary of Ashford LLC. "Remington Hospitality" refers to Remington Lodging & Hospitality, LLC, a Delaware limited liability company, a hotel management company and a subsidiary of Ashford Inc.

This Annual Report on Form 10-K contains registered trademarks that are the exclusive property of their respective owners, which are companies other than us, including Marriott International®, Hilton Worldwide®, Sofitel®, Four Seasons®, Hyatt® and Accor®.

## FORWARD-LOOKING STATEMENTS

Throughout this Annual Report on Form 10-K and documents incorporated herein by reference, we make forward-looking statements that are subject to risks and uncertainties. Forward-looking statements are generally identifiable by use of forward-looking terminology such as "may," "will," "should," "potential," "intend," "expect," "anticipate," "estimate," "approximately," "believe," "could," "project," "predict," or other similar words or expressions. Additionally, statements regarding the following subjects are forward-looking by their nature:

- the factors discussed in this Annual Report under the sections entitled "Risk Factors," "Management's Discussion and Analysis of Financial Condition and Results of Operations," "Business," and "Properties," as updated in our subsequent Quarterly Reports on Form 10-Q and other filings under the Securities Exchange Act of 1934, as amended (the "Exchange Act");
- our business and investment strategy;
- anticipated or expected purchases or sales of assets;
- our projected operating results;
- completion of any pending transactions;
- our understanding of our competition;
- projected capital expenditures; and
- the impact of technology on our operations and business.

Such forward-looking statements are based on our beliefs, assumptions and expectations of our future performance taking into account all information currently known to us. These beliefs, assumptions, and expectations can change as a result of many potential events or factors, not all of which are known to us. If a change occurs, our business, financial condition, liquidity, results of operations, plans, and other objectives may vary materially from those expressed in our forward-looking statements. You should carefully consider this risk when you make an investment decision concerning our securities. Additionally, the following factors could cause actual results to vary from our forward-looking statements:

- the factors discussed in this Annual Report under the sections entitled "Risk Factors," "Legal Proceedings," "Management's Discussion and Analysis of Financial Condition and Results of Operations," "Business," and "Properties," as updated in our subsequent Quarterly Reports on Form 10-Q and other filings under the Exchange Act;
- changes in interest rates and inflation;
- macroeconomic conditions, such as a prolonged period of weak economic growth, and volatility in capital markets;
- uncertainty in the business sector and market volatility ;
- catastrophic events or geopolitical conditions, such as the conflict between Russia and Ukraine and the more recent Israel-Hamas war and changes to tariffs or trade policies;
- extreme weather conditions, which may cause property damage or interrupt business;

- our ability to raise sufficient capital and/or take other actions to improve our liquidity position or otherwise meet our liquidity requirements;
- general volatility of the capital markets and the market price of our common and preferred stock;
- general business and economic conditions affecting the lodging and travel industry;
- changes in our business or investment strategy;
- availability, terms and deployment of capital;
- risks associated with our ability to effectuate our dividend policy, including factors such as operating results and the economic outlook influencing our board's decision whether to pay further dividends at levels previously disclosed or to use available cash to pay dividends;
- unanticipated increases in financing and other costs, including changes in interest rates;
- changes in our industry and the markets in which we operate, interest rates, or local economic conditions;
- the degree and nature of our competition;
- actual and potential conflicts of interest with Ashford Trust, Ashford Inc. and its subsidiaries (including Ashford LLC, Remington Hospitality and Premier), Stirling Hotels & Resorts, Inc. ("Stirling Inc."), and our executive officers and our non-independent directors;
- changes in personnel of Ashford LLC or the lack of availability of qualified personnel;
- changes in governmental regulations, accounting rules, tax rates and similar matters;
- legislative and regulatory changes, including changes to the Internal Revenue Code of 1986, as amended (the "Code") and related rules, regulations and interpretations governing the taxation of REITs;
- limitations imposed on our business and our ability to satisfy complex rules in order for us to qualify as a REIT for U.S. federal income tax purposes; and
- future sales and issuances of our common stock or other securities, which might result in dilution and could cause the price of our common stock to decline.

When considering forward-looking statements, you should keep in mind the risk factors and other cautionary statements in this Annual Report on Form 10-K. The matters summarized under "Item 1A. Risk Factors," and elsewhere, could cause our actual results and performance to differ significantly from those contained in our forward-looking statements. Accordingly, we cannot guarantee future results or performance. Readers are cautioned not to place undue reliance on any of these forward-looking statements, which reflect our views as of the date of this Annual Report on Form 10-K. Furthermore, we do not intend to update any of our forward-looking statements after the date of this Annual Report on Form 10-K to conform these statements to actual results and performance, except as may be required by applicable law.

PART I

**Item 1. Business**

**Our Company**

We are an externally-advised Maryland corporation formed in 2013 that invests primarily in high revenue per available room ("RevPAR") luxury hotels and resorts. High RevPAR, for purposes of our investment strategy, means RevPAR of at least twice the then-current U.S. national average RevPAR for all hotels as determined by STR, LLC. Two times the U.S. national average RevPAR was approximately $199 for the year ended December 31, 2024. We have elected to be taxed as a REIT under the Code beginning in the year ended December 31, 2013. We conduct our business and own substantially all of our assets through our operating partnership, Braemar OP.

We operate in the direct hotel investment segment of the hotel lodging industry. As of March 10, 2025, we owned interests in 15 hotel properties in seven states, the District of Columbia, Puerto Rico and St. Thomas, U.S. Virgin Islands with 3,807 total rooms, or 3,667 net rooms, excluding those attributable to our joint venture partner. The hotel properties in our current portfolio are predominantly located in U.S. urban and resort locations with favorable growth characteristics resulting from multiple demand generators. We own 14 of our hotel properties directly and the remaining hotel property through an investment in a majority-owned consolidated joint venture entity.

We are advised by Ashford Hospitality Advisors LLC ("Ashford LLC" or the "Advisor"), a subsidiary of Ashford Inc., through an advisory agreement. All of the hotel properties in our portfolio are currently asset-managed by Ashford LLC. Asset management functions include acquisition, renovation, financing and disposition of assets, operational accountability of managers, budget review, capital expenditures and property-level strategies as compared to the day-to-day management of our

3

hotel properties, which is performed by our hotel managers. We do not have any employees. All of the advisory services that might be provided by employees are provided to us by Ashford LLC.

We do not operate any of our hotel properties directly; instead, we contractually engage hotel management companies to operate them for us under management contracts. Remington Hospitality, a subsidiary of Ashford Inc., manages four of our 15 hotel properties. Third-party management companies manage the remaining hotel properties.

Ashford Inc. also provides other products and services to us or our hotel properties through certain entities in which Ashford Inc. has an ownership interest. These products and services include, but are not limited to, design and construction services, debt placement and related services, audio visual services, real estate advisory and brokerage services, insurance policies covering general liability, workers compensation and business automobile claims, insurance claims services, hypoallergenic premium rooms, watersport activities, travel/transportation services, mobile key technology, broker-dealer services, and cash management services. See note 17 to our consolidated financial statements.

Mr. Monty J. Bennett is chairman and chief executive officer of Ashford Inc. and, together with Mr. Archie Bennett, Jr., as of December 31, 2024, holds a controlling interest in Ashford Inc. As of December 31, 2024, the Bennetts owned approximately 809,937 shares of Ashford Inc. common stock, which represented an approximate 46.6% ownership interest in Ashford Inc., and owned 18,758,600 shares of Ashford Inc. Series D Convertible Preferred Stock, which, along with all unpaid accrued and accumulated dividends thereon, was convertible (at a conversion price of $117.50 per share) into an additional approximate 4,395,281 shares of Ashford Inc. common stock, which if converted as of December 31, 2024 would have increased the Bennetts' ownership interest in Ashford Inc. to 84.9%. The 18,758,600 shares of Series D Convertible Preferred Stock owned by Mr. Monty J. Bennett and Mr. Archie Bennett, Jr. include 360,000 shares owned by trusts. Ashford Inc. has filed a Rule 13e-3 Transaction Statement on Schedule 13E-3 and, on July 29, 2024, effected a reverse and forward stock split as part of a plan to deregister Ashford Inc.'s common stock under the Exchange Act and delist its common stock from the NYSE American LLC (the "NYSE American"). The last day of trading of Ashford Inc. common stock on the NYSE American was July 26, 2024.

As of December 31, 2024, Mr. Monty J. Bennett, chairman of our board of directors and his father, Mr. Archie Bennett, Jr., together owned approximately 3,056,996 shares of our common stock and common units (including long-term incentive plan ("LTIP") units and performance LTIP units), which represented an approximate 4.1% ownership in the Company.

### Our Investment and Growth Strategies

Our principal business objectives are to generate attractive returns on our invested capital and long-term growth in cash flow to maximize total returns to our stockholders. To achieve our objectives, we pursue the following strategies:

*Focused Investment Strategy.* Our strategy is to invest in premium-branded and high-quality independent luxury hotels and resorts that are anticipated to generate RevPAR at least twice the average RevPAR for the U.S. lodging industry, as determined by STR, LLC and are located predominantly in the United States and its territories.

We intend to concentrate our investments in markets where we believe there are significant growth opportunities, taking into consideration the risk of additional supply. In determining anticipated RevPAR for a particular asset, we may take into account forecasts and other considerations, including without limitation, conversions or repositioning of assets, capital plans, brand changes and other factors which may reasonably be forecasted to raise RevPAR after stabilization. Stabilization with respect to a hotel, after the completion of an initiative such as a capital plan, conversion or change of brand name or change of the business mix or other operating characteristics, is generally expected to occur within 12 to 24 months after the completion of the related renovation, repositioning or brand change.

In connection with this investment strategy, we frequently evaluate opportunities to acquire additional hotel properties, either through direct ownership, joint ventures, partnership participation or similar arrangements. We may use cash or debt or issue common units or other securities of ours or our operating partnership, Braemar OP, or our other subsidiaries as currency for a transaction. Some or all of these acquisitions, if completed, may be material to our company, individually or in the aggregate. We may, from time to time, be party to letters of intent, term sheets and other non-binding agreements relating to potential acquisitions. We cannot assure you that we will enter into definitive acquisition agreements with respect to any potential acquisitions.

*Asset Management Strategy.* We rely on Ashford LLC to asset-manage the hotel properties in our portfolio, and will rely on Ashford LLC to asset-manage any hotel properties we may acquire in the future, to help maximize the operating performance, cash flow and value of each hotel. Asset management includes working with the hotel managers and holding them accountable to drive top line and bottom-line operating performances. Ashford LLC aims to achieve this goal by benchmarking each asset's performance compared to similar hotel properties within our portfolio. Ashford LLC also monitors hotel operating

4

expenses. If expense levels are not commensurate with the property revenues, Ashford LLC works with the property manager to implement cost-cutting initiatives. Ashford LLC also evaluates and proposes strategies to improve the sales, marketing and revenue management efforts of the property manager as well as its ability to drive ancillary hotel revenues (e.g., spa, food and beverage, parking, and Internet). Further, Ashford LLC works with the brands and management companies to negotiate favorable franchise agreement and hotel management agreement terms. Finally, Ashford LLC participates in brand advisory committee and industry advocacy association meetings to provide feedback and input on new hotel brand and industry initiatives.

*Disciplined Capital Allocation Strategy.* We intend to pursue a disciplined capital allocation strategy for the acquisition, operation, disposition and financing of assets in our portfolio and those that we may acquire in the future. Ashford LLC utilizes its extensive industry experience and capital markets expertise to influence the timing of capital deployment and recycling, and we may selectively sell hotel properties that are no longer consistent with our investment strategy or as to which returns appear to have been maximized. To the extent we sell hotel properties, we generally intend to redeploy the capital into investment opportunities that we believe will achieve higher returns, repay debt, or buy back our common stock or other securities.

**Our Hotels**

As of March 10, 2025, we own interests in a high-quality, geographically diverse portfolio of 15 hotel properties located in seven states, the District of Columbia, Puerto Rico and St. Thomas, U.S. Virgin Islands. Our properties have 3,807 total rooms, or 3,667 net rooms, excluding those attributable to our joint venture partner. All of the hotel properties in our portfolio are generally located in markets that exhibit strong growth characteristics resulting from multiple demand generators. Eight of the 15 hotel properties in our portfolio operate under brands affiliated with Marriott International, Inc. ("Marriott") and Hilton Worldwide, Inc. ("Hilton"). One hotel property is managed by Accor Management US Inc. ("Accor"), one is managed by Hyatt Corporation ("Hyatt"), one is managed by Four Seasons Hotels Limited ("Four Seasons") and four hotel properties are managed by Remington Hospitality. The material terms of these hotel management agreements are described below in "Certain Agreements—Hotel Management Agreements." For the year ended December 31, 2024, approximately 75% of rooms revenue was generated by transient business, approximately 23% was generated by group sales and 2% was generated by contract sales.

The following table sets forth additional information for our hotel properties (dollars in thousands, except ADR and RevPAR) for the year ended December 31, 2024:

| Hotel Property | Location | Total Rooms | % Owned | Year Ended December 31, 2024 | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | | | Occupancy | ADR | RevPAR | Hotel Net Income | Hotel EBITDA [1] |
| Four Seasons Resort Scottsdale | Scottsdale, AZ | 210 | 100 % | 53.76 % | $ 888.24 | $ 477.54 | $ (452) | $ 23,286 |
| The Ritz-Carlton Sarasota | Sarasota, FL | 276 | 100 % | 62.46 % | 580.22 | 362.38 | 13,728 | 21,924 |
| The Ritz-Carlton St. Thomas | St. Thomas, U.S. Virgin Islands | 180 | 100 % | 63.79 % | 1,071.81 | 683.69 | 9,312 | 20,620 |
| The Ritz-Carlton Reserve Dorado Beach [4] | Puerto Rico | 96 | 100 % | 57.54 % | 2,239.48 | 1,288.64 | 5,762 | 19,138 |
| Capital Hilton | Washington, D.C. | 559 | 75 % | 78.64 % | 262.26 | 206.23 | (5,023) | 18,957 |
| Marriott Seattle Waterfront | Seattle, WA | 369 | 100 % | 72.96 % | 307.67 | 224.48 | 6,172 | 13,996 |
| Pier House Resort & Spa | Key West, FL | 142 | 100 % | 71.36 % | 621.36 | 443.41 | 6,903 | 13,604 |
| Park Hyatt Beaver Creek Resort & Spa | Beaver Creek, CO | 193 | 100 % | 56.51 % | 602.93 | 340.71 | 1,200 | 12,092 |
| The Notary Hotel | Philadelphia, PA | 499 | 100 % | 66.99 % | 234.09 | 156.83 | 6,009 | 11,949 |
| Sofitel Chicago Magnificent Mile | Chicago, IL | 415 | 100 % | 72.54 % | 253.68 | 184.01 | 1,178 | 5,742 |
| The Clancy | San Francisco, CA | 410 | 100 % | 66.29 % | 301.79 | 200.05 | (2,607) | 5,733 |
| The Ritz-Carlton Lake Tahoe [2] | Truckee, CA | 170 | 100 % | 52.16 % | 761.68 | 397.33 | (9,085) | 5,087 |
| Bardessono Hotel and Spa [3] | Yountville, CA | 65 | 100 % | 60.96 % | 1,016.30 | 619.52 | 876 | 4,436 |
| Hotel Yountville | Yountville, CA | 80 | 100 % | 59.76 % | 648.50 | 387.53 | 1,875 | 3,954 |
| Cameo Beverly Hills | Los Angeles, CA | 143 | 100 % | 66.95 % | 274.33 | 183.67 | (5,778) | (1,485) |
| **Total / Weighted Average [5]** | | 3,807 | | 67.00 % | $ 465.21 | $ 311.68 | $ 30,070 | $ 179,033 |

[1]  See "Management's Discussion and Analysis of Financial Condition and Results of Operations—Non-GAAP Financial Measures" for a reconciliation of Hotel EBITDA by property. We own the Capital Hilton in a joint venture. The Hilton La Jolla Torrey Pines, which was also part of the joint venture, was sold on July 17, 2024. The operating results of the Hilton La Jolla Torrey Pines, including $9.1 million of hotel EBITDA, is excluded from the table above. The Hotel EBITDA represents the total amount for each hotel during our period of ownership, not our pro rata amount based on our ownership percentage.

[2]  The above information, excluding Hotel net income and Hotel EBITDA, does not include the operations of the voluntary rental program with respect to condominium units not owned by the Company.

[3]  Subject to a ground lease that initially expires in 2065. The ground lease contains two 25-year extension options, at our election.

[4]  The above information, excluding Hotel net income and Hotel EBITDA, does not include the operations of the voluntary rental program with respect to the residential units not owned by the Company.

[5]  Calculated on a portfolio basis for the 15 hotel properties in our portfolio as of December 31, 2024.

### Capital Hilton, Washington, D.C.

We own a 75% partnership interest in Ashford HHC Partners III LP, which has a fee simple interest in the Capital Hilton. CHH Capital Hotel Partners LP, a subsidiary of Ashford HHC Partners III LP, leases the Capital Hilton to CHH Capital Tenant Corp. The remaining 25% partnership interest in Ashford HHC Partners III LP is owned by Park Hotels & Resorts, Inc. The hotel opened in 1943 and is comprised of 559 guest rooms, including 283 king rooms, 94 queen/queen rooms, 90 double/double rooms, 81 single queen rooms and two parlor suites. Approximately $109.2 million has been spent on capital expenditures since the acquisition of the hotel by Ashford HHC Partners III LP in 2007, which has included renovations to the guest rooms, public space, meeting space, lobby and restaurant.

The hotel is strategically located at 16th and K Street, in close proximity to the White House and other government facilities. The hotel has significant historical connotations and is located near numerous Washington, D.C. attractions including the National Mall. The offices of a number of legal firms and national associations are located within walking distance of the property.

Additional property highlights include:

- *Meeting Space*: Approximately 31,000 square feet of contiguous meeting space located on the same floor.
- *Food and Beverage*: The Capital Hilton hosts (i) the Northgate Grill, a full service restaurant with 130 seats and (ii) the Statler Lounge, a lobby bar with 72 seats.
- *Other Amenities*: The hotel has a health club, gift shop, business center and valet parking.

*Location and Access*. The hotel is conveniently located in the center of Washington, D.C., north of the White House and near the National Mall and numerous tourist attractions. By virtue of its size and clear signage, it is visible from both directions on 16th street. The hotel is approximately five miles from Ronald Reagan Washington National Airport.

*Operating History*. The following table shows certain historical information regarding the Capital Hilton since 2022:

|  | Year Ended December 31, | | |
|  | 2024 | 2023 | 2022 |
| --- | --- | --- | --- |
| Rooms | 559 | 550 | 550 |
| Occupancy | 78.6 % | 72.9 % | 65.2 % |
| ADR | $ 262.26 | $ 250.11 | $ 228.36 |
| RevPAR | $ 206.23 | $ 182.39 | $ 148.82 |

*Selected Financial Information*. The following tables show certain selected financial information regarding the Capital Hilton since 2022 (dollars in thousands):

|  | Year Ended December 31, | | |
|  | 2024 | 2023 | 2022 |
| --- | --- | --- | --- |
| Total Revenue | $ 65,134 | $ 57,716 | $ 45,113 |
| Rooms Revenue | 42,164 | 36,615 | 29,877 |
| Hotel net income | (5,023) | 4,934 | 1,125 |
| Hotel net income margin | (7.7)% | 8.5 % | 2.5 % |
| Hotel EBITDA[1] | 18,957 | 15,427 | 10,174 |
| Hotel EBITDA Margin [1] | 29.1 % | 26.7 % | 22.6 % |

---

[1] See "Management's Discussion and Analysis of Financial Condition and Results of Operations—Non-GAAP Financial Measures" for a reconciliation of net income (loss) to Hotel EBITDA by property. We own the Capital Hilton in a joint venture. The Hotel EBITDA amount for this hotel represents the total amount for this hotel, not our pro rata amount based on our 75% ownership percentage.

### Marriott Seattle Waterfront, Seattle, Washington

Our subsidiary, Ashford Seattle Waterfront LP, owns a fee simple interest in the Marriott Seattle Waterfront. The hotel opened in 2003 and is comprised of 362 guest rooms and 7 suites, including 240 king rooms and 129 queen/queen rooms. About half of the hotel's guest rooms have water views overlooking Elliott Bay with the remaining guest rooms having partial water views. Approximately $35.2 million has been spent on capital expenditures since the acquisition of the hotel in 2007. Capital improvements in 2017 included the relocation of the M Club from the eighth floor to the lobby level, which recaptured three guest rooms. A transformative guest room and corridor renovation occurred in 2022 which included case goods, flooring, wall covering, soft goods, lighting, and bathrooms and added 8 new keys.

The hotel is located on the Seattle Waterfront within walking distance of Pike Place Market, a unique retail experience and a major Seattle tourist attraction. Numerous food vendors providing locally produced food, retail shops offering a variety of merchandise and the original Starbucks Coffee Shop complement the venue. The Seattle Great Wheel, one of the tallest Ferris wheels in the western United States, and the Seattle Aquarium are located along Alaskan Way, which is in close proximity to the hotel. The hotel is also located directly across from the Pier 66 cruise terminal, a strong leisure demand generator during the six-month long cruise season.

Additional property highlights include:

- *Meeting Space*: Approximately 18,000 square feet of meeting space.
- *Food and Beverage*: The Marriott Seattle Waterfront hosts: (i) Hook and Plow, a full-service restaurant with 192 seats; (ii) Lobby Bar/Library with 120 seats; and (iii) the "Market" offering snacks, drinks and sundry items.
- *Other Amenities*: The hotel has a fitness center, indoor/outdoor connected pool, business center, guest laundry facilities, valet parking and three electric vehicle charging stations.

*Location and Access*. The hotel is conveniently located on the Seattle waterfront, just off of the Alaskan Way S. exit from Highway 99 N. The hotel is approximately 13 miles from the Seattle/Tacoma International Airport.

*Operating History*. The following table shows certain historical information regarding the Marriott Seattle Waterfront since 2022:

| | Year Ended December 31, | | | | |
| --- | --- | --- | --- | --- | --- |
| | **2024** | | **2023** | | **2022** |
| Rooms | 369 | | 369 | | 361 |
| Occupancy | 73.0 % | | 70.7 % | | 56.9 % |
| ADR | $ 307.67 | $ | 298.39 | $ | 286.14 |
| RevPAR | $ 224.48 | $ | 210.94 | $ | 162.75 |

*Selected Financial Information*. The following tables show certain selected financial information regarding the Marriott Seattle Waterfront since 2022 (dollars in thousands):

| | Year Ended December 31, | | | | |
| --- | --- | --- | --- | --- | --- |
| | **2024** | | **2023** | | **2022** |
| Total Revenue | $ 38,776 | $ | 34,629 | $ | 26,385 |
| Rooms Revenue | 30,317 | | 28,410 | | 21,445 |
| Hotel net income | 6,172 | | 5,471 | | 3,790 |
| Hotel net income margin | 15.9 % | | 15.8 % | | 14.4 % |
| Hotel EBITDA [1] | 13,996 | | 12,816 | | 9,217 |
| Hotel EBITDA Margin [1] | 36.1 % | | 37.0 % | | 34.9 % |

---

[1] See "Management's Discussion and Analysis of Financial Condition and Results of Operations—Non-GAAP Financial Measures" for a reconciliation of net income (loss) to Hotel EBITDA by property.

### The Clancy, San Francisco, California

Our subsidiary, Ashford San Francisco II LP, owns a fee simple interest in The Clancy. The hotel opened in 2001 and is comprised of 410 guest rooms, including 196 king rooms, 184 queen/queen rooms and 30 suites. Approximately $77.6 million has been spent on capital expenditures since the acquisition of the hotel in 2007, which included a restaurant renovation, a guest room soft goods renovation and a meeting space renovation. In early 2017, the hotel began an extensive custom designed guest room renovation. As part of this renovation we increased the room count from 405 to 410 rooms utilizing former conference suites. The new guest rooms reflect the hotel's ideal location in the new and evolving SoMa district. Bold vibrant colors with calming grey undertones mimic the stunning visual beauty expressed in the iconic city of San Francisco. Innovative smart technology combined with comfort and luxury provide travelers with an intriguing and unique experience.

On October 1, 2020, we announced the opening of The Clancy, a conversion of the Courtyard San Francisco Downtown into a full service hotel within Marriott's Autograph Collection®. The conversion included a complete redesign of the lobby, front desk, food and beverage outlets, meeting spaces, public areas and the façade. The custom designed guest rooms are commensurate with an upper upscale brand. Adding a few additional amenities and accessories completed their transition to an Autograph Collection hotel. The reimaged public space and modern guest rooms elevate The Clancy within the upper upscale market.

The hotel is located conveniently downtown in the heart of the SoMa district of San Francisco. The hotel is located near numerous high tech businesses and attractions, including the Moscone Convention Center, Transbay Transit Center, Oracle Park, Union Square and the Metreon Complex.

Additional property highlights include:

- *Meeting Space*: Approximately 9,900 square feet of indoor meeting space and nearly 1,000 square feet of private outdoor reception areas. In 2022, we converted the former indoor swimming pool space into an approximate 1,200 square foot meeting room, which includes an outdoor balcony space overlooking the Block 9 Courtyard. Located on the second floor adjacent to the majority of the hotel's meeting space, this new meeting room will allow the hotel to capture additional groups while providing much greater flexibility to the group meeting guests.
- *Food and Beverage*: The transformed food and beverage outlets at The Clancy include completely reconfigured spaces to meet the requirements of today's discerning traveler. The Seven Square Tap Room, serves as the main dining option for the property and seats 118. The dining area seats 78. The bar and lounge area seats six at the bar and 34 in the lounge. The Lobby Lounge is configured with a bar, couches, small tables and a community table, seats 43 guests including 10 at the bar, 10 at the community table and 23 in various other seating configurations. The Radiator Coffee Salon, open for breakfast and light lunches, seats 35 patrons at tables and stadium style seating. An exterior sales window allows the outlet to capture business from local residents and office commuters. Two exterior venues are available for both group and transient guests: the original outdoor courtyard, renamed Block 9 and a completely new space, the Parklet. Block 9 includes a fire pit and has been redesigned to be flexible enough to offer overflow seating for the Lobby Lounge and for private receptions. Total seating in Block 9 encompasses 56 seats in lounge, table and stadium seating configurations. The Parklet is completely covered and can be used for small receptions and outdoor seating.
- *Other Amenities*: The hotel has a fully equipped 1,400 square foot fitness center. In 2022 we expanded the fitness center by approximately 600 square feet. SOMA Mercantile, a gift shop of approximately 100 square feet contains food, beverage and retail items unique to San Francisco, along with national brand favorites. Valet parking is available in a two level subterranean garage.
- *Original Art:* During the conversion process, we commissioned two new outdoor murals, located in Block 9 and the Parklet and two sculptures, one located on a lobby wall and one on the exterior of the building. The hotel's original art piece, a globe representing San Francisco's unique position as a world class city, was moved from Block 9 to a prominent position in the Parklet.

*Location and Access*. The hotel is located in downtown San Francisco and is easily accessible from Interstate 80 and US 101. The hotel is approximately 14 miles from the San Francisco International Airport. The Montgomery Street BART (Bay Area Rapid Transit) station is approximately three blocks from the hotel providing convenient access to the airport and East Bay communities.

*Operating History*. The following table shows certain historical information regarding The Clancy since 2022:

| | | Year Ended December 31, | | | | |
|---|---|---|---|---|---|---|
| | | **2024** | | **2023** | | **2022** |
| Rooms | | 410 | | 410 | | 410 |
| Occupancy | | 66.3 % | | 70.8 % | | 70.1 % |
| ADR | $ | 301.79 | $ | 309.19 | $ | 298.91 |
| RevPAR | $ | 200.05 | $ | 218.95 | $ | 209.38 |

*Selected Financial Information*. The following tables show certain selected financial information regarding The Clancy since 2022 (dollars in thousands):

| | | Year Ended December 31, | | | | |
|---|---|---|---|---|---|---|
| | | **2024** | | **2023** | | **2022** |
| Total Revenue | $ | 36,389 | $ | 38,754 | $ | 36,163 |
| Rooms Revenue | | 30,020 | | 32,767 | | 31,334 |
| Hotel net income | | (2,607) | | (462) | | (2,872) |
| Hotel net income margin | | (7.2)% | | (1.2)% | | (7.9)% |
| Hotel EBITDA [1] | | 5,733 | | 9,276 | | 8,354 |
| Hotel EBITDA Margin [1] | | 15.8 % | | 23.9 % | | 23.1 % |

---

[1]    See "Management's Discussion and Analysis of Financial Condition and Results of Operations—Non-GAAP Financial Measures" for a reconciliation of net income (loss) to Hotel EBITDA by property.

*The Notary Hotel, Philadelphia, Pennsylvania*

Our subsidiary, Ashford Philadelphia Annex LP, owns a fee simple interest in The Notary Hotel. The hotel opened in 1999 and is comprised of 499 guest rooms, including 311 king rooms, 109 queen/queen rooms, 77 double/double rooms and two parlor suites. Approximately $62.8 million has been spent on capital expenditures since the acquisition of the hotel in 2007.

On July 17, 2019, we announced the opening of The Notary Hotel. Listed on the National Register of Historic Places, the former Courtyard by Marriott Philadelphia Downtown underwent a rebranding and renovation in excess of $20 million to create The Notary Hotel. Improvements included a complete renovation of the guest rooms, guest corridors and lobby. Additionally the restaurant was renovated and repositioned as an upscale tapas bar.

The property joined Marriott's Autograph Collection®, a diverse portfolio of independent hotels around the world that reflect unique vision, design and environments. It is located in the center of Philadelphia's downtown business district, across from City Hall and one block from the Philadelphia Convention Center. The hotel is also conveniently located next to the Historical District, the Reading Terminal Market, the University of Pennsylvania and Independence Hall.

Additional property highlights include:

- *Meeting Space*: Approximately 10,000 square feet of meeting space throughout 12 event rooms.
- *Food and Beverage*: The Notary Hotel hosts (i) Sabroso+Sorbo, an exciting restaurant with Latin-inspired fare and specialty cocktails and (ii) La Colombe®, the hotel's popular onsite coffee outlet featuring grab-and-go sandwiches, appetizing snacks, fresh salads and delectable pastries.
- *Other Amenities*: The hotel has a fitness center, sundries shop/market, business center and valet parking.

*Location and Access*. The hotel is located in downtown Philadelphia and is accessible from Interstate 676. The hotel's corner location and clear signage make it easily visible from both Juniper Street and South Penn Square. The hotel is approximately 10 miles from Philadelphia International Airport.

*Operating History*. The following table shows certain historical information regarding The Notary Hotel since 2022:

| | Year Ended December 31, | | |
| --- | --- | --- | --- |
| | **2024** | **2023** | **2022** |
| Rooms | 499 | 499 | 499 |
| Occupancy | 67.0 % | 62.4 % | 55.9 % |
| ADR | $ 234.09 | $ 230.59 | $ 218.34 |
| RevPAR | $ 156.83 | $ 143.97 | $ 122.10 |

*Selected Financial Information*. The following tables show certain selected financial information regarding The Notary Hotel since 2022 (dollars in thousands):

| | Year Ended December 31, | | |
| --- | --- | --- | --- |
| | **2024** | **2023** | **2022** |
| Total Revenue | $ 36,455 | $ 33,117 | $ 27,536 |
| Rooms Revenue | 28,642 | 26,222 | 22,237 |
| Hotel net income | 6,009 | 2,071 | (505) |
| Hotel net income margin | 16.5 % | 6.3 % | (1.8)% |
| Hotel EBITDA[1] | 11,949 | 10,317 | 7,673 |
| Hotel EBITDA Margin [1] | 32.8 % | 31.2 % | 27.9 % |

---

[1]    See "Management's Discussion and Analysis of Financial Condition and Results of Operations—Non-GAAP Financial Measures" for a reconciliation of net income (loss) to Hotel EBITDA by property.

*Sofitel Chicago Magnificent Mile, Chicago, Illinois*

On February 24, 2014, we acquired a fee simple interest in the Sofitel Chicago Magnificent Mile. The hotel opened in 2002 and is comprised of 415 guest rooms, including 63 suites. Approximately $21.3 million has been spent on capital expenditures at the hotel since the acquisition of the hotel in 2014. The fitness center and lobby bar were extensively renovated in the first quarter of 2017. A comprehensive guest room and corridor renovation began in the fourth quarter of 2017 and was completed in the second quarter of 2018. A refresh of the lobby space was completed in February 2023.

The 32-story building was designed by French architect Jean-Paul Viguier and has views of Lake Michigan and the Chicago skyline. It is located in the heart of the Gold Coast neighborhood, proximate to some of Chicago's largest leisure demand generators, on the corner of Chestnut Street and Wabash Avenue.

Additional property highlights include:

- *Meeting Space*: Approximately 10,000 square feet of meeting space.
- *Food and Beverage*: The Sofitel Chicago Magnificent Mile includes (i) CDA, an 82 seat French inspired casual restaurant; (ii) Le Bar, a 45 seat modern cocktail lounge; (iii) La Tarrasse, a 40-seat outdoor patio and lounge serving the cuisine of CDA; and (iv) Cigale, a restaurant space featuring an exhibition kitchen and frontage on Wabash Avenue overlooking Connors Park (currently utilized only for event space).
- *Other Amenities*: The hotel has a fitness center, a business center and valet parking.

*Location and Access*. The hotel is located one block west of Chicago's Magnificent Mile on a 0.6 acre parcel in an area of Chicago known as the Gold Coast. The hotel has easy access to the Chicago "L" train and is located approximately 18 miles from O'Hare International Airport and 13 miles from Midway International Airport.

*Operating History*. The following table shows certain historical information regarding the Sofitel Chicago Magnificent Mile since 2022:

|  | Year Ended December 31, | | | | | |
|  | 2024 | | 2023 | | 2022 | |
| --- | --- | --- | --- | --- | --- | --- |
| Rooms |  | 415 |  | 415 |  | 415 |
| Occupancy |  | 72.5 % |  | 70.3 % |  | 65.4 % |
| ADR | $ | 253.68 | $ | 239.57 | $ | 250.78 |
| RevPAR | $ | 184.01 | $ | 168.42 | $ | 163.92 |

*Selected Financial Information*. The following table shows certain selected financial information regarding the Sofitel Chicago Magnificent Mile since 2022 (dollars in thousands):

|  | Year Ended December 31, | | | | | |
|  | 2024 | | 2023 | | 2022 | |
| --- | --- | --- | --- | --- | --- | --- |
| Total Revenue | $ | 37,568 | $ | 33,917 | $ | 33,635 |
| Rooms Revenue |  | 27,949 |  | 25,512 |  | 24,829 |
| Hotel net income |  | 1,178 |  | 3,392 |  | 2,226 |
| Hotel net income margin |  | 3.1 % |  | 10.0 % |  | 6.6 % |
| Hotel EBITDA[1] |  | 5,742 |  | 8,183 |  | 8,288 |
| Hotel EBITDA Margin[1] |  | 15.3 % |  | 24.1 % |  | 24.6 % |

---

[1]  See "Management's Discussion and Analysis of Financial Condition and Results of Operations—Non-GAAP Financial Measures" for a reconciliation of net income (loss) to Hotel EBITDA by property.

### Pier House Resort & Spa, Key West, Florida

On March 1, 2014, we acquired a fee simple interest in the Pier House Resort & Spa from Ashford Trust pursuant to an option agreement that we entered into in connection with our spin-off from Ashford Trust. The hotel opened in 1968 and is comprised of 142 guest rooms, including 76 king rooms, 43 queen/queen rooms and 23 suites. Approximately $17.6 million has been spent on capital expenditures since the acquisition of the hotel, which included spa, fitness center and guest rooms refresh renovations.

The hotel is located on a six-acre parcel in Key West, Florida. In addition to its secluded private beach, the hotel is well-situated at the north end of Duval Street providing easy access to the heart of Key West and its many demand generators.

Additional property highlights include:

- *Meeting Space*: Approximately 2,600 square feet of conference space and 2,000 square feet of wedding space overlooking the Gulf of America.
- *Food and Beverage*: The Pier House Resort & Spa provides an al fresco beach bar, the 152-seat One Duval Restaurant as well as the 18-seat Chart Room.
- *Other Amenities*: The hotel has a full-service spa, a private beach, a heated outdoor pool and a private dock for charter pick-ups.

*Location and Access*. The hotel is located on a six-acre compound in the historic district of Key West, Florida, on Duval Street, at the Gulf of America. Key West, which is the southernmost point of the Florida peninsula, is 160 miles south of Miami. Key West International Airport is approximately four miles from the property. The Marathon and Miami airports are all within driving distance.

*Operating History*. The following table shows certain historical information regarding the Pier House Resort & Spa since 2022:

|  | | Year Ended December 31, | | | |
|---|---|---|---|---|---|
|  | | **2024** | | **2023** | **2022** |
| Rooms |  | 142 |  | 142 | 142 |
| Occupancy |  | 71.4 % |  | 72.7 % | 74.8 % |
| ADR | $ | 621.36 | $ | 641.70 | $ 707.12 |
| RevPAR | $ | 443.41 | $ | 466.29 | $ 529.03 |

*Selected Financial Information*. The following table shows certain selected financial information regarding the Pier House Resort & Spa since 2022 (dollars in thousands):

|  | | Year Ended December 31, | | | |
|---|---|---|---|---|---|
|  | | **2024** | | **2023** | **2022** |
| Total Revenue | $ | 29,880 | $ | 30,641 | $ 34,104 |
| Rooms Revenue |  | 23,045 |  | 24,168 | 27,419 |
| Hotel net income |  | 6,903 |  | 6,799 | 12,377 |
| Hotel net income margin |  | 23.1 % |  | 22.2 % | 36.3 % |
| Hotel EBITDA[1] |  | 13,604 |  | 15,011 | 18,115 |
| Hotel EBITDA Margin [1] |  | 45.5 % |  | 49.0 % | 53.1 % |

---

[1]     See "Management's Discussion and Analysis of Financial Condition and Results of Operations—Non-GAAP Financial Measures" for a reconciliation of net income (loss) to Hotel EBITDA by property.

### Bardessono Hotel and Spa, Yountville, California

On July 9, 2015, we acquired a 100% leasehold interest in the Bardessono Hotel and Spa in Yountville, California, which is subject to a ground lease that initially expires in 2065, with two 25-year extension options. The Bardessono Hotel and Spa was built in 2009 and has 65 luxurious rooms and suites built and operated with a primary focus on green practices and is LEED Platinum certified. In 2016 the meeting space was renovated. In 2019 we completed construction of a 3,705 square foot Maple Grove Villa, which consists of three large suites, each of which boasts a distinctive great room, stately king bedroom, spa bathroom, courtyard and plunge pool. Approximately $12.2 million has been spent on capital expenditures since the acquisition of the hotel in July 2015.

The hotel is located in Yountville, California and enjoys a central location in the heart of Napa Valley. It offers exceptional amenities, including large, well-appointed guest rooms and suites with private patios/balconies. Guest rooms have fireplaces and oversized bathrooms, many featuring steam showers and a second shower located outdoors in a private garden.

Additional property highlights include:

- *Meeting Space*: Approximately 3,500 square feet of indoor and outdoor meeting space.
- *Food and Beverage*: The Bardessono Hotel and Spa offers the acclaimed 84-seat Lucy restaurant and bar.
- *Other Amenities*: The hotel offers an on-site spa and a fitness center. Outdoor amenities include a rooftop pool and a vegetable garden. Complimentary bicycles and Lexus vehicles are available for guest use.

*Location and Access*. The hotel is approximately 60 miles north of San Francisco, approximately 68 miles from the San Francisco International Airport and approximately 60 miles from the Oakland International Airport. The hotel is located within the town of Yountville, offering numerous retail and restaurant establishments including the famed French Laundry. Yountville is in the heart of the Napa Valley, a premier wine and culinary destination with over 450 wineries. In addition to the valley's traditional wine and dining attractions, the region is also known as a popular leisure destination for hiking, biking, golfing, shopping and festivals.

*Operating History.* The following table shows certain historical information regarding the Bardessono Hotel and Spa since 2022:

|  | Year Ended December 31, | | |
| --- | --- | --- | --- |
|  | **2024** | **2023** | **2022** |
| Rooms | 65 | 65 | 65 |
| Occupancy | 61.0 % | 66.2 % | 64.0 % |
| ADR | $ 1,016.30 | $ 1,045.70 | $ 1,257.56 |
| RevPAR | $ 619.52 | $ 692.48 | $ 804.31 |

*Selected Financial Information.* The following table shows certain selected financial information regarding the Bardessono Hotel and Spa since 2022 (dollars in thousands):

|  | Year Ended December 31, | | |
| --- | --- | --- | --- |
|  | **2024** | **2023** | **2022** |
| Total Revenue | $ 20,140 | $ 22,159 | $ 25,259 |
| Rooms Revenue | 14,738 | 16,429 | 19,082 |
| Hotel net income | 876 | 1,428 | 4,488 |
| Hotel net income margin | 4.3 % | 6.4 % | 17.8 % |
| Hotel EBITDA [1] | 4,436 | 6,067 | 9,127 |
| Hotel EBITDA Margin [1] | 22.0 % | 27.4 % | 36.1 % |

---

[1]   See "Management's Discussion and Analysis of Financial Condition and Results of Operations—Non-GAAP Financial Measures" for a reconciliation of net income (loss) to Hotel EBITDA by property.

### The Ritz-Carlton, St. Thomas, U.S. Virgin Islands

On December 15, 2015, we acquired a 100% interest in The Ritz-Carlton St. Thomas on the island of St. Thomas, U.S. Virgin Islands. The Ritz-Carlton St. Thomas opened in 1996 and has 155 luxurious guest rooms and 25 suites, all featuring a spacious private balcony with ocean or resort views. Approximately $123.7 million has been spent on capital expenditures since the acquisition of the hotel in December 2015. Capital investment was primarily focused on remediation and reconstruction effort due to damage sustained after Hurricane Irma.

Additional property highlights include:

- *Meeting Space*: The property has more than 10,000 square feet of indoor and outdoor meeting and function space offering stunning views of Great Bay and neighboring St. John.
- *Food and Beverage*: The property features (i) the 163 seat Bleuwater Restaurant; (ii) Alloro, a 100-seat Italian restaurant; (iii) Sails, a 155-seat beachside restaurant and bar; and (iv) Coconut Cove, a second beachside 118-seat restaurant, on the grounds of the adjacent Ritz-Carlton Destination Club. A fresh service market, Southwind, opened in 2020, serving coffee, sandwiches, ice cream and other light fare.
- *Other Amenities*: The resort offers a beachfront infinity-edge pool, as well as a children's pool and hot tub, a 7,500 square foot full-service award-winning spa, a 2,000 square foot fitness center, the Topgolf Swing Suite and the Ritz Kids Club.

*Location and Access.* The hotel is located on 30 oceanfront acres along Great Bay, St. Thomas, U.S. Virgin Islands. It is 1.6 miles from Urman Victor Fredericks Marine Terminal in Red Hook and 11 miles from Cyril E. King Airport.

*Operating History.* The following table shows certain historical information regarding The Ritz-Carlton St. Thomas since 2022:

|  | Year Ended December 31, | | |
| --- | --- | --- | --- |
|  | **2024** | **2023** | **2022** |
| Rooms | 180 | 180 | 180 |
| Occupancy | 63.8 % | 66.4 % | 73.8 % |
| ADR | $ 1,071.81 | $ 1,099.14 | $ 1,204.88 |
| RevPAR | $ 683.69 | $ 730.15 | $ 889.30 |

*Selected Financial Information*. The following table shows certain selected financial information regarding The Ritz-Carlton St. Thomas since 2022 (dollars in thousands):

| | Year Ended December 31, | | |
|---|---|---|---|
| | **2024** | **2023** | **2022** |
| Total Revenue | $ 74,375 | $ 75,394 | $ 87,654 |
| Rooms Revenue | 45,042 | 47,971 | 58,426 |
| Hotel net income | 9,312 | 8,322 | 18,920 |
| Hotel net income margin | 12.5 % | 11.0 % | 21.6 % |
| Hotel EBITDA [1] | 20,620 | 22,628 | 30,137 |
| Hotel EBITDA Margin [1] | 27.7 % | 30.0 % | 34.4 % |

———————————————
[1]  See "Management's Discussion and Analysis of Financial Condition and Results of Operations—Non-GAAP Financial Measures" for a reconciliation of net income (loss) to Hotel EBITDA by property.

### The Park Hyatt Beaver Creek Resort & Spa, Beaver Creek, Colorado

On March 31, 2017, we acquired a 100% interest in the 190-room Park Hyatt Beaver Creek Resort & Spa in Beaver Creek, Colorado. In December 2022, we acquired three additional keys that were added to inventory in February 2023, bringing the total hotel room count to 193. Located in the heart of Beaver Creek Village, approximately 100 miles west of Denver, it is located in one of the most exclusive resort destinations in North America. The Park Hyatt Beaver Creek Resort & Spa is an integral part of the Beaver Creek Village as the only full-service hotel with direct ski-in/ski-out access. The Park Hyatt Beaver Creek Resort & Spa was built in 1989 and has 193 luxurious and spacious rooms, including 83 king rooms, 67 double/double rooms, 20 double/queen rooms, 19 suites and four suite parlors. The hotel underwent a full lobby renovation in 2019, which included a new lobby bar and the addition of an epicurean market. The fitness center and meeting space located within the hotel footprint were renovated in 2023. Approximately $31.5 million has been spent on capital expenditures since the acquisition of the hotel in March 2017.

Additional property highlights include:

- *Meeting Space*: The property has over 20,000 square feet of flexible indoor and outdoor event space and is home to the largest ballroom in Vail Valley.

- *Food and Beverage*: The property has four food and beverage outlets, including the world-class 8100 Mountainside Bar & Grill, the Brass Bear Bar, the Fall Line epicurean market and Powder 8 Kitchen & Tap, serving the Beaver Creek community and hotel guests during the ski season.

- *Other Amenities*: The resort offers an array of amenities, including the award-winning 30,000 square foot Exhale Spa, a heated outdoor pool and five outdoor hot tubs, 24-hour state-of-the-art fitness club, ski valet service, outdoor fire pits, guest access to two private championship golf courses and the Beaver Creek Tennis Center. The property also features over 18,800 square feet of highly visible retail space in the heart of Beaver Creek.

*Location and Access*. Located in the heart of Beaver Creek Village, Colorado, the Park Hyatt Beaver Creek Resort & Spa is positioned as the leading resort in one of North America's most renowned luxury resort destinations. Beyond the world-class hotel, guests have easy access to Beaver Creek's famous amenities, including exceptional dining and luxury boutique shopping, the 535-seat Vilar Performing Arts Center where festivals and large events are held and an outdoor ice skating rink. While the Vail Valley is home to some of the top ski areas in the world and is a well-known winter destination, it has become very popular as a summer destination due to its proximity to diverse leisure activities, including hiking, biking, horseback riding, white water rafting, fishing, golfing and festivals.

*Operating History*. The following table shows certain historical information regarding the Park Hyatt Beaver Creek Resort & Spa since 2022:

| | Year Ended December 31, | | |
|---|---|---|---|
| | **2024** | **2023** | **2022** |
| Rooms | 193 | 193 | 190 |
| Occupancy | 56.5 % | 55.8 % | 60.6 % |
| ADR | $ 602.93 | $ 645.73 | $ 601.05 |
| RevPAR | $ 340.71 | $ 360.35 | $ 364.13 |

*Selected Financial Information.* The following table shows certain selected financial information regarding the Park Hyatt Beaver Creek Resort & Spa since 2022 (dollars in thousands):

| | Year Ended December 31, | | |
|---|---|---|---|
| | **2024** | **2023** | **2022** |
| Total Revenue | $ 47,907 | $ 49,335 | $ 50,615 |
| Rooms Revenue | 24,067 | 25,351 | 25,253 |
| Hotel net income | 1,200 | 1,088 | 5,668 |
| Hotel net income margin | 2.5 % | 2.2 % | 11.2 % |
| Hotel EBITDA[1] | 12,092 | 12,273 | 13,620 |
| Hotel EBITDA Margin [1] | 25.2 % | 24.9 % | 26.9 % |

---

[1]    See "Management's Discussion and Analysis of Financial Condition and Results of Operations—Non-GAAP Financial Measures" for a reconciliation of net income (loss) to Hotel EBITDA by property.

### Hotel Yountville, Yountville, California

On May 11, 2017, we acquired a 100% interest in the 80-room Hotel Yountville in Yountville, California. The Hotel Yountville was originally built in 1998 and, in 2011, underwent an extensive expansion and renovation that upgraded all guest rooms, adding 29 new guest rooms, and added a restaurant, spa, meeting and event space, an outdoor pool, and lounge patio. Currently, the property has 80 luxury rooms consisting of 62 king rooms, eight double/queen rooms and 10 suites. Approximately $8.3 million has been spent on capital expenditures since the acquisition of the hotel in May 2017.

Additional property highlights include:

- *Meeting Space*: The property has approximately 4,400 square feet of indoor and outdoor event space.
- *Food and Beverage*: The property has the acclaimed 46-seat Heritage Oak restaurant and bar, in-room dining service and a complimentary glass of wine upon check-in.
- *Other Amenities*: The property offers well-appointed guest rooms and suites with private patios/balconies and a 6,500 square foot on-site spa. Its outdoor amenities are notable as well, including a resort-style outdoor heated pool and lounge, landscaping and water features, and the availability of complimentary bicycles for guest use.

*Location and Access.* Located in the heart of Yountville, California, the Hotel Yountville is approximately 60 miles north of San Francisco and enjoys a central location in the heart of the Napa Valley, widely acclaimed as the continent's premier wine and culinary destination with over 450 wineries. Known as the "Culinary Capital of the Napa Valley," Yountville boasts an array of restaurants by famed chefs, earning more Michelin stars per capita than any other place in North America. In addition to the valley's traditional wine and dining attractions, the region is also known as a popular leisure destination for hiking, biking, golfing, shopping and festivals.

*Operating History.* The following table shows certain historical information regarding the Hotel Yountville since 2022:

| | Year Ended December 31, | | |
|---|---|---|---|
| | **2024** | **2023** | **2022** |
| Rooms | 80 | 80 | 80 |
| Occupancy | 59.8 % | 60.8 % | 54.1 % |
| ADR | $ 648.50 | $ 694.51 | $ 906.82 |
| RevPAR | $ 387.53 | $ 422.10 | $ 490.21 |

14

*Selected Financial Information*. The following table shows certain selected financial information regarding the Hotel Yountville since 2022 (dollars in thousands):

| | Year Ended December 31, | | |
|---|---|---|---|
| | **2024** | **2023** | **2022** |
| Total Revenue | $ 14,711 | $ 15,296 | $ 17,194 |
| Rooms Revenue | 11,347 | 12,325 | 14,314 |
| Hotel net income | 1,875 | 871 | 2,547 |
| Hotel net income margin | 12.7 % | 5.7 % | 14.8 % |
| Hotel EBITDA [1] | 3,954 | 4,915 | 6,958 |
| Hotel EBITDA Margin [1] | 26.9 % | 32.1 % | 40.5 % |

---

[1]   See "Management's Discussion and Analysis of Financial Condition and Results of Operations—Non-GAAP Financial Measures" for a reconciliation of net income (loss) to Hotel EBITDA by property.

### The Ritz-Carlton, Sarasota, Florida

On April 4, 2018, we acquired a 100% interest in The Ritz-Carlton Sarasota in Sarasota, Florida for $171.4 million and a 22-acre plot of vacant land for $9.7 million. Approximately $37.3 million has been spent on capital expenditures since the acquisition of the hotel in April 2018.

The Ritz-Carlton Sarasota was built in 2001 and has 276 luxurious and spacious rooms, including 31 suites. The resort also offers an array of amenities, including a 26,000 square foot Beach Club with 410 feet of beachfront, a private, luxury Tom Fazio designed Golf Club, a 15,000 square foot Ritz-Carlton Spa that was renovated in 2023, eight food and beverage outlets, including the acclaimed Jack Dusty waterfront restaurant, 29,000 square feet of flexible indoor meeting space, two outdoor pools, 24-hour state-of-the-art fitness club and lighted tennis courts.

Additional property highlights include:

- *Meeting Space*: The property has a 26,000-square-foot conference center, outdoor venues for up to 1,200 guests as well as venues overlooking the Gulf of America.
- *Food and Beverage*: The property features five different restaurants, including the nautically inspired Jack Dusty and Ridley's Porch, the relaxed beachfront Lido key Tiki Bar, Rufa, as well as the Golf Club Grille overlooking the entire golf course.
- *Other Amenities*: The property offers 276 guest rooms with private balconies, a serene private beach club on Lido Key, 18 holes of championship golf and a luxurious spa.

*Location and Access*. Located on Sarasota Bay in downtown Sarasota, the property, with its premier location, luxury-brand affiliation and world-class amenities, is positioned as the leading resort in one of country's fastest growing markets. Sarasota, located approximately 60 miles south of Tampa, is a popular and growing upscale, year-round destination on the west coast of Florida. Beyond the first-class hotel experience, guests have easy access to the Sarasota area's many amenities and activities, including exceptional dining and shops, art galleries, beaches, museums, boating, fishing, and golfing.

*Operating History*. The following table shows certain historical information regarding The Ritz-Carlton Sarasota since 2022:

| | Year Ended December 31, | | |
|---|---|---|---|
| | **2024** | **2023** | **2022** |
| Rooms | 276 | 276 | 276 |
| Occupancy | 62.5 % | 63.0 % | 74.5 % |
| ADR | $ 580.22 | $ 587.54 | $ 617.66 |
| RevPAR | $ 362.38 | $ 370.04 | $ 459.97 |

*Selected Financial Information*. The following table shows certain selected financial information regarding The Ritz-Carlton Sarasota since 2022 (dollars in thousands):

| | Year Ended December 31, | | |
|---|---|---|---|
| | **2024** | **2023** | **2022** |
| Total Revenue | $ 86,764 | $ 85,520 | $ 98,364 |
| Rooms Revenue | 36,607 | 37,278 | 46,210 |
| Hotel net income | 13,728 | 11,171 | 17,641 |
| Hotel net income margin | 15.8 % | 13.1 % | 17.9 % |
| Hotel EBITDA [1] | 21,924 | 22,381 | 30,377 |
| Hotel EBITDA Margin [1] | 25.3 % | 26.2 % | 30.9 % |

---

[1]  See "Management's Discussion and Analysis of Financial Condition and Results of Operations—Non-GAAP Financial Measures" for a reconciliation of net income (loss) to Hotel EBITDA by property.

### The Ritz-Carlton, Lake Tahoe, California

On January 15, 2019, we acquired a 100% interest in the 170-room Ritz-Carlton Lake Tahoe located in Truckee, California for $120.0 million. Approximately $44.1 million has been spent on capital expenditures since the acquisition of the hotel in January 2019. In 2023, the guestrooms were completely renovated and the Alpine Exchange, a new retail shop and market, was added to the lobby as a new amenity. In 2024, further capital investments were made to enhance the meeting space, fitness center, Manzanita restaurant and The Living Room.

The Ritz-Carlton Lake Tahoe was built in 2009 and has 170 luxurious and spacious rooms, including 17 suites. The resort also offers an array of amenities, including ski-in/ski-out access to Northstar Ski Mountain, the ultra-luxury Lake Club on the shore of Lake Tahoe, a 17,000 square foot full-service spa, six food and beverage outlets, including the acclaimed Manzanita restaurant, over 37,000 square feet of flexible indoor/outdoor meeting space, two outdoor pools and state-of-the-art fitness club and yoga studio.

Additional property highlights include:

- *Meeting Space*: The property has over 37,000 square feet of meeting space including 15,000 square feet of outdoor event space with the dramatic fireside terrace, two elegant ballrooms and the waterfront Lake Club, a multi-level venue for intimate events.
- *Food and Beverage*: The property features six food and beverage outlets, including the extraordinary North Lake Tahoe dining in Manzanita, featuring artfully crafted cuisine and Backyard Bar and BBQ, featuring St. Louis style BBQ favorites.
- *Other Amenities*: The property offers 170 luxurious guest rooms and suites with in-room gas fireplaces and floor-to-ceiling windows, a 17,000 square foot slope-side spa with treatments themed around nature, the Ritz Kids children's program, the Alpine Exchange retail shop and two Topgolf Swing Suites, two private firepits for an exclusive mountain experience and three Alpine-inspired luxury cabanas.

*Location and Access*. Located in the North Lake Tahoe area, the property is situated mid-mountain at the Northstar Ski Area. With its premier location, luxury brand affiliation and world-class amenities, The Ritz-Carlton Lake Tahoe is positioned as the leading resort in one of the country's most popular tourist destinations. North Lake Tahoe, located approximately 45 minutes from Reno, Nevada and two hours from Sacramento, is a popular and growing upscale, year-round tourist destination. Beyond the first-class hotel experience, guests have easy access to the Lake Tahoe area's many amenities and activities, including world-class skiing and winter sports, boating, fishing, hiking, golfing, as well as exceptional dining and shops.

*Operating History*. The following table shows certain historical information regarding The Ritz-Carlton Lake Tahoe since 2022:

| | Year Ended December 31, | | |
|---|---|---|---|
| | **2024** | **2023** | **2022** |
| Rooms | 170 | 170 | 170 |
| Occupancy | 52.2 % | 50.7 % | 56.2 % |
| ADR | $ 761.68 | $ 731.00 | $ 837.16 |
| RevPAR | $ 397.33 | $ 370.79 | $ 470.61 |

---

The above information does not include the operations of the voluntary rental program with respect to condominium units not owned by the Company.

*Selected Financial Information.* The following table shows certain selected financial information regarding The Ritz-Carlton Lake Tahoe since 2022 (dollars in thousands):

| | Year Ended December 31, | | |
|---|---|---|---|
| | **2024** | **2023** | **2022** |
| Total Revenue | $ 48,764 | $ 50,282 | $ 52,561 |
| Rooms Revenue [1] | 26,612 | 23,008 | 26,334 |
| Hotel net income | (9,085) | (4,690) | 5,020 |
| Hotel net income margin | (18.6)% | (9.3)% | 9.6 % |
| Hotel EBITDA [2] | 5,087 | 6,082 | 11,383 |
| Hotel EBITDA Margin [2] | 10.4 % | 12.1 % | 21.7 % |

---

[1] Rooms revenue does not include the operations of the voluntary rental program with respect to condominium units not owned by the Company.

[2] See "Management's Discussion and Analysis of Financial Condition and Results of Operations—Non-GAAP Financial Measures" for a reconciliation of net income (loss) to Hotel EBITDA by property.

### Cameo Beverly Hills, Beverly Hills, California

On August 5, 2021, the Company acquired a 100% interest in the 138-room Cameo Beverly Hills (formerly known as the Mr. C Beverly Hills Hotel) and five luxury residences adjacent to the hotel. Approximately $5.3 million has been spent on capital expenditures since the acquisition.

The Cameo Beverly Hills was built in 1965 and underwent an extensive renovation in 2011. It has 138 luxurious and spacious rooms, including 12 suites and 10 mini suites. It is a luxury hotel ideally located in close proximity to high-end shopping on Rodeo Drive and business demand from Century City and Culver City.

On August 1, 2023, the Company announced the rebranding and planned conversion of the hotel to the Cameo Beverly Hills. Following an extensive renovation, which is expected to be completed by the end of 2025, the hotel will join LXR Hotels & Resorts.

Additional property highlights include:

- *Meeting Space*: The property has over 24,000 sq. ft. of flexible indoor/outdoor meeting space. The 12th floor ballroom features unparalleled 360-degree panoramic views of Beverly Hills.

- *Food and Beverage*: The property also features I1 Moderno which offers a menu of classic southern Italian recipes with a California flair.

- *Other Amenities*: The property offers an outdoor pool terrace with daybeds and cabanas, state-of-the-art fitness center and a business center.

*Location and Access.* With its premier location in the heart of West Los Angeles, the property is in the middle of more than 45 million sq. ft. of office space, supporting substantial corporate demand and a wide array of world-renowned leisure demand generators, including unrivaled shopping with high-end retailers, vibrant restaurants and various art and cultural attractions.

*Operating History.* The following table shows certain historical information regarding Cameo Beverly Hills since 2022:

| | Year Ended December 31, | | |
|---|---|---|---|
| | **2024** | **2023** | **2022** |
| Rooms | 143 | 143 | 143 |
| Occupancy | 67.0 % | 72.8 % | 74.3 % |
| ADR | $ 274.33 | $ 308.71 | $ 347.57 |
| RevPAR | $ 183.67 | $ 224.69 | $ 258.10 |

17

*Selected Financial Information.* The following table shows certain selected financial information regarding Cameo Beverly Hills since 2022 (dollars in thousands):

| | Year Ended December 31, | | |
|---|---|---|---|
| | **2024** | **2023** | **2022** |
| Total Revenue | $ 13,139 | $ 16,113 | $ 19,484 |
| Rooms Revenue | 9,613 | 11,727 | 13,472 |
| Hotel net income | (5,778) | (4,222) | (1,390) |
| Hotel net income margin | (44.0)% | (26.2)% | (7.1)% |
| Hotel EBITDA [1] | (1,485) | 987 | 3,157 |
| Hotel EBITDA Margin [1] | (11.3)% | 6.1 % | 16.2 % |

_____

[1]  See "Management's Discussion and Analysis of Financial Condition and Results of Operations—Non-GAAP Financial Measures" for a reconciliation of net income (loss) to Hotel EBITDA by property.

### The Ritz-Carlton Reserve, Dorado, Puerto Rico

On March 11, 2022, the Company acquired a 100% interest in the 96-room Ritz-Carlton Reserve Dorado Beach in Dorado, Puerto Rico. Approximately $8.3 million has been spent on capital expenditures since the acquisition.

The Ritz-Carlton Reserve Dorado Beach opened in 2013. Situated on a portion of the original Rockefeller estate, The Ritz-Carlton Reserve Dorado Beach is an intimate refuge, infused with references to the surrounding natural landscape and diverse culture. It has 96 guest rooms, each of which features beautiful modern decor, a large wardrobe and marble floors. Some rooms also feature an en-suite plunge pool and spectacular ocean views.

Additional property highlights include:

- *Meeting Space*: The property offers entirely customizable meeting packages that combine ocean-view meeting space, bespoke services and meeting expertise. A private dining room and several lawns are also available for more social gatherings.
- *Food and Beverage*: The property features three dining outlets including COA, the property's signature steakhouse and Positivo, offering upscale open-air, ocean front dining with an Asian inspired influence.
- *Other Amenities*: The property offers an award winning spa, fitness center, kids club and excellent views of the Caribbean Sea.

*Location and Access.* Puerto Rico's capital of San Juan is 25 miles away, and guests can reach Luis Muñoz Marín International Airport within a 50-minute drive of the property.

*Operating History.* The following table shows certain historical information regarding Ritz-Carlton Reserve Dorado Beach since 2022:

| | Year Ended December 31, | | Year Ended December 31, 2022 (Combined) | Period from March 11, 2022 through December 31, 2022 | Period from January 1, 2022 through March 10, 2022 |
|---|---|---|---|---|---|
| | **2024** | **2023** | | | |
| Rooms | 96 | 96 | 96 | 96 | 96 |
| Occupancy | 57.5 % | 63.0 % | 61.6 % | 63.5 % | 53.1 % |
| ADR | $ 2,239.48 | $ 2,126.17 | $ 2,015.83 | $ 1,928.50 | $ 2,462.11 |
| RevPAR | $ 1,288.64 | $ 1,339.53 | $ 1,240.97 | $ 1,225.27 | $ 1,308.32 |

_____

The above information does not include the operations of the voluntary rental program with respect to residential units not owned by the Company.

*Selected Financial Information*. The following table shows certain selected financial information regarding The Ritz-Carlton Reserve Dorado Beach since 2022 (dollars in thousands):

| | Year Ended December 31, | | Year Ended December 31, 2022 (Combined) | Period from March 11, 2022 through December 31, 2022 | Period from January 1, 2022 through March 10, 2022 |
|---|---|---|---|---|---|
| | 2024 | 2023 | | | |
| Total Revenue | $ 78,388 | $ 83,744 | $ 76,415 | $ 61,246 | $ 15,169 |
| Rooms Revenue [1] | 49,994 | 46,937 | 43,484 | 34,817 | 8,666 |
| Hotel net income [2] | 5,762 | 13,480 | 9,672 | 7,583 | 2,089 |
| Hotel net income margin | 7.4 % | 16.1 % | 12.7 % | 12.4 % | 13.8 % |
| Hotel EBITDA [3] | 19,138 | 20,924 | 18,521 | 14,887 | 3,634 |
| Hotel EBITDA Margin [3] | 24.4 % | 25.0 % | 24.2 % | 24.3 % | 24.0 % |

---

[1]  Rooms revenue does not include the operations of the voluntary rental program with respect to residential units not owned by the Company.

[2]  Hotel net income (loss) for the periods before the Company's ownership includes the predecessor hotel net income (loss) and adjustments for depreciation and interest as if the Company owned the hotel during the predecessor periods.

[3]  See "Management's Discussion and Analysis of Financial Condition and Results of Operations—Non-GAAP Financial Measures" for a reconciliation of net income (loss) to Hotel EBITDA by property.

The hotel operating results for the period from March 11, 2022 through December 31, 2022 represent the operating results since the acquisition of the hotel on March 11, 2022. The hotel operating results for the period from January 1, 2022 through March 10, 2022 represent the period before our ownership and were obtained from the prior owner. The Company performed a limited review of the information as part of its analysis of the acquisition. No financial statements were prepared, audited or reviewed for the period from January 1, 2022 through March 10, 2022.

### Four Seasons Resort, Scottsdale, Arizona

On December 1, 2022, the Company acquired a 100% interest in the 210-room Four Seasons Resort Scottsdale at Troon North in Scottsdale, Arizona. Approximately $8.5 million has been spent on capital expenditures since the acquisition.

The Four Seasons Resort Scottsdale was opened in 1999. It has 210 luxurious and spacious guest rooms, including 22 suites that average 1,214 sq. ft. in size, all boasting private patios or balconies overlooking the colorful desert landscapes.

Additional property highlights include:

- *Meeting Space*: The property boasts 35,900 square feet of total indoor and landscaped outdoor event space including three ballrooms and a variety of private meeting rooms including two dedicated boardrooms

- *Food and Beverage*: Guests have multiple dining options including indulging at the 100-seat Talavera steakhouse, sampling American homestyle fare at 180-seat Proof cantina, enjoying desert and pool views at the 55-seat Saguaro Blossom poolside restaurant, or enjoying handcrafted cocktails at the 100-seat Onyx Bar and Lounge.

- *Other Amenities*: The property offers locally inspired spa treatments at the 9,000 sq. ft. spa, a bi-level pool. It also offers guests opportunities for outdoor adventure, including close shuttle access to two world-class golf courses, four pickleball and two tennis courts, as well as the opportunities to hike, bike or rock climb surrounding hills.

*Location and Access*. Set in the majestic Sonoran Desert, Four Seasons Resort Scottsdale at Troon North is minutes from outdoor adventures and two world-class golf courses. The bustling downtowns of Scottsdale and Phoenix are 30 and 40 minutes away, respectively, but dining, shopping and area attractions are only a short drive from the Resort.

*Operating History*. The following table shows certain historical information regarding the Four Seasons Resort Scottsdale since 2022:

| | Year Ended December 31, | | Year Ended December 31, 2022 (Combined) | Period from December 1, 2022 through December 31, 2022 | Period from January 1, 2022 through November 30, 2022 |
|---|---|---|---|---|---|
| | 2024 | 2023 | | | |
| Rooms | 210 | 210 | 210 | 210 | 210 |
| Occupancy | 53.8 % | 48.3 % | 46.3 % | 45.2 % | 46.4 % |
| ADR | $ 888.24 | $ 967.22 | $ 914.43 | $ 1,056.99 | $ 901.55 |
| RevPAR | $ 477.54 | $ 466.92 | $ 423.18 | $ 477.19 | $ 418.17 |

*Selected Financial Information*. The following table shows certain selected financial information regarding the Four Seasons Resort Scottsdale Hotel since 2022 (dollars in thousands):

| | Year Ended December 31, | | | | Year Ended December 31, 2022 (Combined) | Period from December 1, 2022 through December 31, 2022 | Period from January 1, 2022 through November 30, 2022 |
| | 2024 | | 2023 | | | | |
|---|---|---|---|---|---|---|---|
| Total Revenue | $ | 72,113 | $ | 67,666 | $ 61,253 | $ 5,194 | $ 56,059 |
| Rooms Revenue | | 36,704 | | 35,789 | 32,437 | 3,107 | 29,330 |
| Hotel net income [1] | | (452) | | 1,138 | 4,095 | 933 | 3,162 |
| Hotel net income margin | | (0.6)% | | 1.7 % | 6.7 % | 18.0 % | 5.6 % |
| Hotel EBITDA [2] | | 23,286 | | 21,863 | 19,497 | 1,710 | 17,787 |
| Hotel EBITDA Margin [2] | | 32.3 % | | 32.3 % | 31.8 % | 32.9 % | 31.7 % |

[1]  Hotel net income (loss) for the periods before the Company's ownership includes the predecessor hotel net income (loss) and adjustments for depreciation and interest as if the Company owned the hotel during the predecessor periods.

[2]  See "Management's Discussion and Analysis of Financial Condition and Results of Operations—Non-GAAP Financial Measures" for a reconciliation of net income (loss) to Hotel EBITDA by property.

The hotel operating results for the period from December 1, 2022 through December 31, 2022 represent the operating results since the acquisition of the hotel on December 1, 2022. The hotel operating results for the period from January 1, 2022 through November 30, 2022 represent periods before our ownership and were obtained from the prior owner. The Company performed a limited review of the information as part of its analysis of the acquisition. The financial statements as of and for the nine months ended September 30, 2022 were included in our Current Report on Form 8-K filed on December 1, 2022. No financial statements were prepared, audited or reviewed for the period from October 1, 2022 through November 30, 2022.

## Asset Management

The senior management team, provided to us by Ashford LLC, facilitated all asset management services for our hotel properties prior to our spin-off from Ashford Trust and continues to do so, including for the properties we acquired after the spin-off. The team of professionals provided by Ashford LLC proactively works with our third-party hotel management companies and Remington Hospitality to attempt to maximize profitability at each of our hotel properties. The asset management team monitors the performance of our hotel properties and holds regular ownership meetings with personnel at the hotel properties and with key executives of the brands and management companies. The asset management team works with our third-party hotel management companies and Remington Hospitality on key aspects of each hotel's operation, including, among others, revenue management, market positioning, cost structure, capital and operational budgeting as well as the identification of return on investment initiatives and overall business strategy. We believe that our strong asset management process helps to ensure that each hotel is being operated to our and our hotel management companies' stated standards, that our hotel properties are being adequately maintained in order to preserve the value of the asset and the safety of the hotel to customers, and that our hotel management companies are maximizing revenue and enhancing operating margins. See "Certain Agreements—The Advisory Agreement."

## Hotel Management

Ashford Inc. also provides us with hotel management services through Remington Hospitality, including hotel operations, sales and marketing, revenue management, budget oversight, guest service, asset maintenance (not involving capital expenditures) and related services. See "Certain Agreements-Hotel Management Agreement."

## Design and Construction Services

Ashford Inc. also provides us with design and construction services through Premier, including construction management, interior design, architectural services and oversight, and the purchasing, expediting, warehousing coordination, freight management and supervision of installation of furniture, fixtures and equipment ("FF&E"), and related services. See "Certain Agreements—Premier Master Project Management Agreement."

## Third-Party Agreements

*Hotel Management Agreements*. Eleven of our hotel properties are operated pursuant to a hotel management agreement with one of five brand management companies and four of our hotel properties are operated pursuant to a hotel management agreement with Remington Hospitality, a hotel management company and a subsidiary of Ashford Inc. Each management company receives a base management fee and may also be eligible to receive an incentive management fee if hotel operating income, as defined in the respective management agreement, exceeds certain thresholds. The incentive management fee is

generally calculated as a percentage of hotel operating income after we have received a priority return on our investment in the hotel. See "Certain Agreements—Hotel Management Agreements."

*Franchise Agreements*. The Cameo Beverly Hills operates under a franchise agreement.

The management agreements with Marriott (or its affiliates), Hilton (or its affiliates), Four Seasons, Hyatt or Accor allow eleven of our hotel properties to operate under the Marriott, Autograph Collection, The Ritz-Carlton, Ritz-Carlton Reserve, Hilton, Four Seasons, Park Hyatt or Sofitel brand names, as applicable, and provide benefits typically associated with franchise agreements, including, among others, the use of Marriott's (or its affiliates), Hilton's (or its affiliates), Four Seasons' (or its affiliates), Hyatt's (or its affiliates) or Accor's (or its affiliates), applicable, reservation system and guest loyalty and reward program. Any intellectual property and trademarks of Marriott (or its affiliates), Hilton (or its affiliates), Four Seasons (or its affiliates), Hyatt (or its affiliates) or Accor (or its affiliates), as applicable, are exclusively owned and controlled by the applicable manager (or its affiliates) and the management agreement with Marriott (or its affiliates), Hilton (or its affiliates), Four Seasons, Hyatt, and Accor grants the applicable manager the rights to use such intellectual property or trademarks with respect to the applicable hotel.

*Licensing Agreement.* The Ritz-Carlton St. Thomas is subject to a License and Royalty Agreement, which allows the hotel to use The Ritz-Carlton name and mark for 50 years, subject to automatic renewal for two 10-year periods, unless the brand management company notifies us of election not to renew at least one year before the end of the initial term or the then-current renewal term. The License and Royalty Agreement is coterminous with the management agreement. In connection with our ability to use The Ritz-Carlton name and mark, we are obligated to pay a royalty fee of 2.6% of gross revenues and an incentive royalty of 20% of operating profit in excess of owner's priority.

Further, The Ritz-Carlton Reserve Dorado Beach is subject to a License and Royalty Agreement, which allows the hotel to use the Ritz-Carlton name and mark for 30 years, subject to automatic renewal for two 10-year periods, unless the licensor notifies us of election not to renew at least 18 months before the end of the initial term or the then-current renewal term. The License and Royalty Agreement is coterminous with the management agreement. In connection with our ability to use The Ritz-Carlton name and mark, we are obligated to pay a royalty fee of 2.6% of gross revenues and an incentive royalty equal to the sum of (a) $250,000 if operating profit is equal to or greater than owner's priority, to be paid out of owner's priority, plus (b) 20% of operating profit in excess of owner's priority.

Furthermore, Four Seasons Resort Scottsdale is subject to a Hotel License Agreement, which allows the hotel to use the Four Seasons name and mark until December 31, 2039, subject to automatic renewal for two 20-year periods, unless the licensor notifies us of election not to renew at least 12 months before the end of the current term (or any renewal thereof). The Hotel License Agreement is coterminous with the management agreement. In connection with our ability to use Four Seasons name and mark, we are obligated to pay a royalty fee of 0.5% of gross revenues.

**Our Financing Strategy**

As of December 31, 2024, our indebtedness was approximately $1.2 billion, with a weighted average interest rate of 7.23% per annum, taking into account in-the-money interest rate caps. Approximately 7.1% of our debt bears interest at a fixed rate of 4.5% and the remaining 92.9% bears interest at a variable rate of SOFR plus 3.55%. We intend to continue to use variable-rate debt or a mix of fixed and variable-rate debt as we see fit, and we may, if appropriate, enter into interest rate hedges.

We intend to finance our long-term growth and liquidity needs with operating cash flow, equity issuances of both common and preferred stock, joint ventures, a revolving line of credit and secured and unsecured debt financings having staggered maturities. We target leverage of 35% net debt to gross assets. We may also issue common units or other interests in our operating partnership to acquire properties from sellers who seek a tax-deferred transaction.

We may utilize Lismore Capital II LLC ("Lismore"), a subsidiary of Ashford Inc. and its affiliates, to provide debt placement and related services, which otherwise would be provided by third parties, for debt financings. The services provided by Lismore include access to their deep industry contacts to achieve competitive terms in the market, due diligence support and assistance in completing the financing transaction.

We may use the proceeds from any borrowings for working capital, consistent with industry practice, to:

- purchase interests in partnerships or joint ventures;
- finance the origination or purchase of debt investments; or
- finance acquisitions, expand, redevelop or improve existing properties, or develop new properties or other uses.

**Certain Agreements**

*The Advisory Agreement*

We are advised by Ashford LLC, a subsidiary of Ashford Inc., pursuant to the Fifth Amended and Restated Advisory Agreement, dated as of April 18, 2018, as amended, among us, Braemar OP, Braemar TRS, Ashford Inc. and Ashford LLC. Pursuant to our advisory agreement, Ashford LLC acts as our advisor, responsible for implementing our investment strategies and decisions and the management of our day-to-day operations, subject to the supervision and oversight of our board of directors. We rely on Ashford LLC to provide, or obtain on our behalf, the personnel and services necessary for us to conduct our business, and we have no employees of our own. All of our officers are also employees of Ashford LLC.

Pursuant to the terms of our advisory agreement, Ashford LLC and its affiliates provide us with our management team, along with appropriate support personnel as Ashford LLC deems reasonably necessary. Ashford LLC and its affiliates are not obligated to dedicate any of their respective employees exclusively to us, nor are Ashford LLC, its affiliates or any of their employees obligated to dedicate any specific portion of its or their time to our business except as necessary to perform the service required of them in their capacity as our Advisor. Ashford LLC is at all times subject to the supervision and oversight of our board of directors. So long as Ashford LLC is our advisor, our governing documents require us to include two persons designated by Ashford LLC as candidates for election as director at any stockholder meeting at which directors are to be elected. Such nominees may be executive officers of our Advisor. If the size of our board of directors is increased at any time to more than seven directors, Ashford LLC's right to nominate shall be increased by such number of directors as shall be necessary to maintain the ratio of directors nominated by Ashford LLC to the directors otherwise nominated, as nearly as possible (rounding to the next larger whole number), equal to the ratio that would have existed if our board of directors consisted of seven members. The advisory agreement requires Ashford LLC to manage our business affairs in conformity with the policies and the guidelines that are approved and monitored by our board of directors. Additionally, Ashford LLC must refrain from taking any action that would (a) adversely affect our status as a REIT, (b) subject us to regulation under the Investment Company Act of 1940, as amended, (c) knowingly and intentionally violate any law, rule or regulation of any governmental body or agency having jurisdiction over us, (d) violate any of the rules or regulations of any exchange on which our securities are listed, or (e) violate our charter, bylaws or resolutions of our board of directors, all as in effect from time to time.

*Duties of Ashford LLC.* Subject to the supervision of our board of directors, Ashford LLC is responsible for our day-to-day operations, including all of our subsidiaries and joint ventures, and shall perform (or cause to be performed) all services necessary to operate our business as outlined in the advisory agreement. Those services include sourcing and evaluating hotel acquisition and disposition opportunities, asset managing the hotel properties in our portfolio and overseeing the hotel managers, handling all of our accounting, treasury and financial reporting requirements, and negotiating terms of loan documents for our debt financings, as well as other duties and services outlined in the advisory agreement.

Any increase in the scope of duties or services to be provided by Ashford LLC must be jointly approved by us and Ashford LLC and will be subject to additional compensation as outlined in the advisory agreement.

Ashford LLC is our sole and exclusive provider of asset management, design and construction and certain other services offered by Ashford Inc. and its subsidiaries.

Ashford LLC also has the power to delegate all or any part of its rights and powers to manage and control our business and affairs to such officers, employees, affiliates, agents and representatives of Ashford LLC or our company as it may deem appropriate. Any authority delegated by Ashford LLC to any other person is subject to the limitations on the rights and powers of our Advisor specifically set forth in the advisory agreement or our charter.

Ashford LLC also acknowledges receipt of our code of business conduct and ethics, code of conduct for the chief executive officer, chief financial officer and chief accounting officer and policy on insider trading and agrees to require its employees who provide services to us to comply with the codes and the policy.

*Limitations on Liability and Indemnification.* The advisory agreement provides that Ashford LLC has no responsibility other than to render the services and take the actions described in the advisory agreement in good faith and with the exercise of due care and will not be responsible for any action our board of directors takes in following or declining to follow any of Ashford LLC's advice or recommendations. The advisory agreement provides that Ashford LLC (including its officers, directors, managers, employees and members) will not be liable for any act or omission by it (or them) performed in accordance with and pursuant to the advisory agreement, except by reason of acts constituting gross negligence, bad faith, willful misconduct or reckless disregard of duties under the advisory agreement.

We have agreed to indemnify and hold harmless Ashford LLC (including its partners, directors, officers, stockholders, managers, members, agents, employees and each other person or entity, if any, controlling Ashford LLC) to the full extent lawful, from and against any and all losses, claims, damages or liabilities of any nature whatsoever with respect to or arising from Ashford LLC's acts or omissions (including ordinary negligence) in its capacity as such, except with respect to losses, claims, damages or liabilities with respect to or arising out of Ashford LLC's gross negligence, bad faith or willful misconduct, or reckless disregard of its duties under the advisory agreement (for which Ashford LLC will indemnify us).

***Term and Termination.*** The initial term of our advisory agreement shall expire on January 24, 2027, with up to seven successive additional ten-year terms upon Ashford LLC's written notice to us not less than 210 days prior to the expiration of the then-current term of Ashford LLC's election to extend the term of our advisory agreement.

We may terminate the advisory agreement at any time, including during the 10-year initial term, without the payment of a termination fee under the following circumstances:

- immediately upon providing written notice to Ashford LLC, following its conviction (including a plea of nolo contendere) of a felony;
- immediately upon providing written notice to Ashford LLC, if it commits an act of fraud against us, misappropriates our funds or acts in a manner constituting willful misconduct, gross negligence or reckless disregard in the performance of its material duties under the advisory agreement (including a failure to act); provided, however, that if any such actions or omissions are caused by an employee and/or an officer of Ashford LLC (or an affiliate of Ashford LLC) and Ashford LLC takes all reasonable necessary and appropriate action against such person and cures the damage caused by such actions or omissions within 45 days of Ashford LLC's actual knowledge of its commission or omission, we will not have the right to terminate the advisory agreement;
- immediately, upon the commencement of an action for dissolution of our advisor; or
- (i) upon the entry by a court of competent jurisdiction of a final non-appealable order awarding monetary damages to us based on a finding that our Advisor committed a material breach or default of a material term, condition, obligation or covenant of the advisory agreement, which breach or default had a material adverse effect on us, but only where our Advisor fails to pay the monetary damages in full within 60 days of the date when the monetary judgment becomes final and non-appealable; provided, however, that if our Advisor notified us that our Advisor is unable to pay any judgment for monetary damages in full within 60 days of when the judgment becomes final and non-appealable, we may not terminate the advisory agreement if, within the 60-day period, our Advisor delivers a promissory note to us having a principal amount equal to the unpaid balance of the judgment and bearing interest at 8.00% per annum, which note shall mature on the 12-month anniversary of the date that the judgment becomes final and non-appealable; and (ii) upon no less than 60 days' written notice to our Advisor, prior to initiating any proceeding claiming a material breach or default by our Advisor, of the nature of the default or breach and providing our Advisor with an opportunity to cure the default or breach, or if the default or breach is not reasonably susceptible to cure within 60 days, an additional cure period as is reasonably necessary to cure the default or breach so long as our Advisor is diligently and in good faith pursuing the cure.

Either party may also terminate the advisory agreement, with the payment of a termination fee, upon the occurrence of a change of control of the Company, provided that the party desiring to terminate the advisory agreement shall give written notice to the other party on a date (i) no earlier than the date on which: (1) we enter into a change of control agreement; (2) our board of directors recommends that our stockholders accept the offer made in a change of control tender; or (3) a voting control event occurs; and (ii) no later than two days after the closing of a transaction contemplated by a change of control agreement, completion of a change of control tender, or occurrence of a voting control event.

In connection with a termination due to a Company change of control event, our Advisor may agree, in its sole discretion, to provide transition services agreed to by the parties for a period of up to 30 days.

***Fees and Expenses.***

- ***Base Fee.*** The total monthly base fee is in an amount equal to $1/12^{th}$ of the sum of (i) 0.70% of the total market capitalization of our company for the prior month, plus (ii) the Net Asset Fee Adjustment (as defined below), if any, on the last day of the prior month during which our advisory agreement was in effect; provided, however, in no event shall the base fee for any month be less than the minimum base fee as provided by our advisory agreement. The base fee is payable on the fifth business day of each month.

  "Net Asset Fee Adjustment" shall be equal to (i) the product of the Sold Non-ERFP Asset Amount (as more particularly defined in the advisory agreement, but generally equal to the net sales prices of real property (other than any Enhanced Return Hotel Assets (as defined in the ERFP Agreement)) sold or disposed of after the date of the ERFP Agreement, commencing with and including the first such sale) and 0.70% plus (ii) the product of the Sold ERFP

Asset Amount (as more particularly defined in the advisory agreement, but generally equal to the net sales prices of Enhanced Return Hotel Assets sold or disposed of after the date of the ERFP Agreement, commencing with and including the first such sale) and 1.07%.

The minimum base fee for Braemar for each month will be equal to the greater of:

- ▪ 90% of the base fee paid for the same month in the prior year; and
- ▪ 1/12th of the "G&A Ratio" multiplied by the total market capitalization of Braemar.

The "G&A Ratio" is calculated as the simple average of the ratios of total general and administrative expenses, including any dead deal costs, less any non-cash expenses, paid in the applicable quarter by each member of a select peer group, divided by the total market capitalization of such peer group member. The peer group for the Company may be adjusted from time-to-time by mutual agreement between Ashford LLC and a majority of our independent directors. Each month's base fee is determined based on prior month results and is payable in cash on the fifth business day of the month for which the fee is applied.

- • **Incentive Fee.** In each year that (i) our common stock is listed for trading on a national securities exchange for each day of the applicable year; and (ii) our total stockholder return ("TSR") exceeds the "average TSR of our peer group" we have agreed to pay an incentive fee.

  For purposes of this calculation, our TSR means the sum, expressed as a percentage, of (i) the change in our common stock price during the applicable period, plus (ii) the dividend yield paid during the applicable period (determined by dividing dividends paid during the applicable period by our common stock price at the beginning of the applicable period and including the value of any dividends or distributions with respect to common stock not paid in cash valued in the reasonable discretion of our advisor).

  The annual incentive fee is calculated as (i) 5% of the amount (expressed as a percentage but in no event greater than 25%) by which our annual TSR exceeds the average TSR for our peer group, multiplied by (ii) the fully diluted equity value of our company at December 31 of the applicable year. To determine the fully diluted equity value, we will assume that all units in our operating partnership, including long-term incentive plan ("LTIP") units that have achieved economic parity with the common units, if any, have been converted into shares of common stock and that the per share value of each share of our common stock is equal to the closing price of our stock on the last trading day of the year.

  The incentive fee, if any, subject to the FCCR Condition (defined below), is payable in arrears in three equal annual installments with the first installment payable on January 15 following the applicable year for which the incentive fee relates and on January 15 of the next two successive years. Notwithstanding the foregoing, upon any termination of the advisory agreement for any reason, any unpaid incentive fee (including any incentive fee installment for the stub period ending on the termination date) will become fully earned and immediately due and payable without regard to the FCCR Condition defined below. Except in the case when the incentive fee is payable on the date of termination of the advisory agreement, up to 50% of the incentive fee may be paid in our common stock or in common units of our operating partnership, at our discretion, with the balance payable in cash unless at the time for payment of the incentive fee, Ashford LLC owns common stock or common units in an amount greater than or equal to three times the base fee for the preceding four quarters or payment in such securities would cause the Advisor to be subject to the provision of the Investment Company Act of 1940, as amended, or payment in such securities would not be legally permissible for any reason, in which case the entire incentive fee will be payable in cash.

  Upon the determination of the incentive fee, except in the case of any termination of the advisory agreement in which case the incentive fee for the stub period and all unpaid installments of an incentive fee shall be deemed earned and fully due and payable, each one-third installment of the incentive fee shall not be deemed earned by the Advisor or otherwise payable by us unless we, as of the December 31 immediately preceding the due date for the payment of the incentive fee installment, have a FCCR of 0.20x or greater (the "FCCR Condition"). For purposes of this calculation, "FCCR" means our fixed charge coverage ratio, which is the ratio of adjusted EBITDA for the previous four consecutive fiscal quarters to fixed charges, which includes all (i) our and our subsidiaries' interest expense, (ii) our and our subsidiaries' regularly scheduled principal payments, other than balloon or similar principal payments which repay indebtedness in full and payments under cash flow mortgages applied to principal, and (iii) preferred dividends paid by us.

- • **Equity Compensation.** To incentivize employees, officers, consultants, non-employee directors, affiliates and representatives of Ashford LLC, or its affiliates, to achieve our goals and business objectives, as established by our board of directors, in addition to the base fee and the incentive fee described above, our board of directors has the authority to make equity awards to Ashford LLC or directly to employees, officers, consultants and non-employee directors of Ashford LLC, or its affiliates, based on our achievement of certain financial and other hurdles established

by our board of directors. These annual equity awards are intended to provide an incentive to Ashford LLC and its employees to promote the success of our business. The compensation committee of our board of directors has full discretion regarding the grant of any annual equity awards, and other than the overall limitation on the total number of shares that are authorized to be granted under our Second Amended and Restated 2013 Equity Incentive Plan (as amended, the "2013 Equity Incentive Plan") there are no limitations on the amount of these equity awards.

- ***Expense Reimbursement.*** Ashford LLC is responsible for all wages, salaries, cash bonus payments and benefits related to its employees providing services to us (including any of our officers who are also employees or officers of Ashford LLC), with the exception of any equity compensation that may be awarded by us to the employees of Ashford LLC, or its affiliates, who provide services to us, the provision of certain internal audit, asset management and risk management services and the international office expenses described below. We are responsible to pay or reimburse Ashford LLC monthly for all other costs incurred by it on our behalf or in connection with the performance of its services and duties to us, including, without limitation, tax, legal, accounting advisory, investment banking and other third party professional fees, director fees and insurance (including errors and omissions insurance and any other insurance required pursuant to the terms of the advisory agreement), debt service, taxes, insurance, underwriting, brokerage, reporting, registration, listing fees and charges, travel and entertainment expenses, conference sponsorships, transaction diligence and closing costs, dead deal costs, dividends, office space, the cost of all equity awards or compensation plans established by us, including the value of awards made by us to Ashford LLC's employees, and any other costs which are reasonably necessary for the performance by Ashford LLC, or its affiliates, of its duties and functions. In addition, we pay a pro rata share of Ashford LLC's office overhead and administrative expenses incurred in the performance of its duties and functions under the advisory agreement. There is no specific limitation on the amount of such reimbursements.

  In addition to the expenses described above, we are required to reimburse Ashford LLC monthly for our pro rata share (as reasonably agreed to between Ashford LLC and a majority of our independent directors or our audit committee, chairman of our audit committee or lead director) of (i) employment expenses of Ashford LLC's internal audit managers, insurance advisory and other Ashford LLC employees who are actively engaged in providing internal audit services to us, (ii) the reasonable travel and other out-of-pocket expenses of Ashford LLC relating to the activities of its internal audit employees and the reasonable third-party expenses which Ashford LLC incurs in connection with its provision of internal audit services to us and (iii) all reasonable international office expenses, overhead, personnel costs, travel and other costs directly related to Ashford LLC's non-executive personnel who are located internationally or that oversee the operations of international assets or related to our advisor's personnel that source, investigate or provide diligence services in connection with possible acquisitions or investments internationally. Such expenses shall include but are not limited to salary, wage payroll taxes and the cost of employee benefit plans.

- ***Additional Services.*** If, and to the extent that, we request Ashford LLC to render services on our behalf other than those required to be rendered by it under the advisory agreement, such additional services shall be compensated separately at market rates, as defined in the advisory agreement.

*Assignment.* Ashford LLC may assign its rights under the agreement without our approval to any affiliate under the control of Ashford Inc.

*Relationship with the Advisor.* Ashford LLC is a subsidiary of Ashford Inc. and advises us and Ashford Trust. Ashford LLC, its equity holders and employees are permitted to have other advisory clients, which may include other REITs operating in the real estate industry. If we materially revise our initial investment guidelines without the express written consent of Ashford LLC, Ashford LLC will use its best judgment to allocate investment opportunities to us and other entities it advises, taking into account such factors as it deems relevant, in its discretion, subject to any then-existing obligations of Ashford LLC to such other entities. We have agreed that we will not revise our initial investment guidelines to be directly competitive with the investment guidelines of Ashford Trust as of November 19, 2013. The advisory agreement gives us the right to equitable treatment with respect to other clients of Ashford LLC, but does not give us the right to preferential treatment, except that Ashford LLC and Ashford Trust have agreed that, so long as we have not materially changed our initial investment guidelines without the express consent of Ashford LLC, any individual hotel investment opportunities that satisfy our investment focus will be presented to our board of directors, who will have up to 10 business days to accept such opportunity prior to it being available to Ashford Trust or any other entity advised by Ashford LLC.

To minimize conflict between us and Ashford Trust, the advisory agreement requires us to designate an investment focus by targeted RevPAR, segments, markets and other factors or financial metrics. After consultation with Ashford LLC, we may modify or supplement our investment guidelines from time to time by giving written notice to Ashford LLC; however, if we materially change our investment guidelines without the express consent of Ashford LLC, Ashford LLC will use its best judgment to allocate investment opportunities to us and Ashford Trust, taking into account such factors as it deems relevant, in its discretion, subject to any then-existing obligations of Ashford LLC to other entities. In the advisory agreement, we declared

our initial investment guidelines to be hotel real estate assets primarily consisting of equity or ownership interests, as well as debt investments when such debt is acquired with the intent of obtaining an equity or ownership interest, in:

- full-service hotels and resorts with trailing 12 month average RevPAR or anticipated 12 month average RevPAR of at least twice the then-current U.S. national average RevPAR for all hotels as determined with reference to the most current STR, LLC reports, generally in the 20 most populous metropolitan statistical areas, as estimated by the United States Census Bureau and delineated by the U.S. Office of Management and Budget;

- luxury hotels and resorts meeting the RevPAR criteria set forth above and situated in markets that may be generally recognized as resort markets; and

- international hospitality assets predominantly focused in areas that are general destinations or in close proximity to major transportation hubs or business centers, such that the area serves as a significant entry or departure point to a foreign country or region of a foreign country for business or leisure travelers and meet the RevPAR criteria set forth above (after any applicable currency conversion to U.S. dollars).

When determining whether an asset satisfies our investment guidelines, Ashford LLC must make a good faith determination of projected RevPAR, taking into account historical RevPAR as well as such additional considerations as conversions or reposition of assets, capital plans, brand changes and other factors that may reasonably be forecasted to raise RevPAR after stabilization of such initiative.

If we elect to spin-off, carve-out, split-off or otherwise consummate a transfer of a division or subset of assets for the purpose of forming a joint venture, a newly created private platform or a new publicly traded company to hold such division or subset of assets constituting a distinct asset type and/or investment guidelines, we have agreed that any such new entity will be advised by Ashford LLC pursuant to an advisory agreement containing substantially the same material terms set forth in our advisory agreement.

If we desire to engage a third party for services or products (other than services exclusively required to be provided by our hotel managers), Ashford LLC has the exclusive right to provide such services or products at typical market rates provided that we are able to control the award of the applicable contract. Ashford LLC will have at least 20 days after we give notice of the terms and specifications of the products or services that we intend to solicit to provide such services or products at market rates, as determined by reference to fees charged by third-party providers who are not discounting their fees as a result of fees generated from other sources. If a majority of our independent directors determine that Ashford LLC's pricing proposal is not at market rates, we are required to engage a consultant to determine the market rate for the services or products in question. We will be required to pay for the services of the consultant and to engage Ashford LLC at the market rates determined by the consultant if the consultant finds that the proposed pricing of Ashford LLC was at or below market rates. Alternatively, Ashford LLC will pay the consultant's fees and will have the option to provide the services or product at the market rates determined by the consultant should the consultant find that the proposed pricing was above market rates.

To minimize conflicts between us and Ashford LLC on matters arising under the advisory agreement, the Company's Corporate Governance Guidelines provide that any waiver, consent, approval, modification, enforcement matters or elections which the Company may make pursuant to the terms of the advisory agreement shall be within the exclusive discretion and control of a majority of the independent members of our board of directors (or higher vote thresholds specifically set forth in such agreements). In addition, our board of directors has established a Related Party Transactions Committee composed solely of independent members of our board of directors to review all related party transactions that involve conflicts. The Related Party Transactions Committee may make recommendations to the independent members of our board of directors (including rejection of any proposed transaction). All related party transactions are approved by either the Related Party Transactions Committee or the independent members of our board of directors.

### Hotel Management Agreements

#### General

To qualify as a REIT, we cannot directly or indirectly operate any of our hotel properties. Third parties must operate our hotel properties. Our hotel properties are leased to TRS lessees (except for The Ritz-Carlton St. Thomas, which is owned by a TRS), which in turn have engaged hotel managers to manage our hotel properties. Each of our hotel properties, other than the Pier House Resort & Spa, the Bardessono Hotel and Spa, Hotel Yountville and Cameo Beverly Hills (which are operated by Remington Hospitality), are operated pursuant to a hotel management agreement with one of five independent hotel management companies: (1) Hilton Management LLC, (2) Marriott Hotel Services, LLC (or its affiliates, The Ritz-Carlton Hotel Company, L.L.C., Ritz-Carlton (Virgin Islands), Inc., and Luxury Hotels International of Puerto Rico, Inc.), (3) Four Seasons, (4) Accor, and (5) Hyatt.

The terms of each of the hotel management agreements, as well as any remaining extension, are set forth in the table below:

| Hotel | Effective Date | Expiration Date | Extension Options By Manager |
|---|---|---|---|
| Capital Hilton | 12/17/2003 | 12/31/2033 | Two 10-year options |
| Marriott Seattle Waterfront | 5/23/2003 | 12/31/2038 | Four 10-year options |
| The Clancy | 10/1/2020 | 12/31/2032 | Four 5-year options |
| The Notary Hotel | 7/16/2019 | 12/31/2041 | Two 10-year options |
| The Ritz-Carlton Sarasota | 1/1/2015 | 12/31/2030 | Two 10-year options |
| Sofitel Chicago Magnificent Mile | 3/30/2006 | 12/31/2030 | Three 10-year options |
| Pier House Resort & Spa | 11/6/2019 | 11/06/2029 | Three 7-year options and one 4-year option |
| Bardessono Hotel and Spa | 11/6/2019 | 11/06/2029 | Three 7-year options and one 4-year option |
| The Ritz-Carlton St. Thomas | 12/15/2015 | 12/31/2065 | Two 10-year options |
| Park Hyatt Beaver Creek Resort & Spa | 12/11/1987 | 12/31/2029 | One 10-year option |
| Hotel Yountville | 11/6/2019 | 11/06/2029 | Three 7-year options and one 4-year option |
| The Ritz-Carlton Lake Tahoe | 3/28/2006 | 12/31/2034 | Two 10-year options |
| Cameo Beverly Hills | 8/5/2021 | 08/05/2031 | Three 7-year options and one 4-year option |
| The Ritz-Carlton Reserve Dorado Beach | 7/30/2008 | 12/31/2042 | Two 10-year options |
| Four Seasons Resort Scottsdale | 3/29/1996 | 12/31/2039 | Two 20-year options |

Each hotel management company receives a base management fee (expressed as a percentage of gross revenues) ranging from 3.0%–5.0%, as well as an incentive management fee calculated as a percentage of hotel operating income, in certain cases after funding of certain requirements, including the capital renewal reserve, and in certain cases after we have received a priority return on our investment in the hotel (referred to as the owner's priority), as summarized in the chart below:

| Hotel | Management Fee[1] | Incentive Fee | Marketing Fee | Owner's Priority[2] | Owner's Investment[2] |
|---|---|---|---|---|---|
| Capital Hilton | 3% | 20% of operating cash flow (after deduction for capital renewals reserve and owner's priority) | Reimbursement of hotel's pro rata share of group services | 11.5% of owner's total investment | $174,950,115 |
| Marriott Seattle Waterfront | 3% | After payment of owner's 1st priority, remaining operating profit is split between owner and manager, such that manager receives 30% of remaining operating profit that is less than the sum of $15,113,000 plus 10.75% of owner-funded capital expenses, and 50% of the operating profit in excess of such sum | Reimbursement of the hotel's pro rata share of chain services, capped at 2.2% of gross revenues per fiscal year | Owner's 1st Priority: 10.75% of owner's investment<br>Owner's 2nd Priority: After payment of the owner's 1st priority, remaining operating profit is split between owner and manager, such that owner receives 70% of remaining operating profit that is less than the sum of $15,113,000 plus 10.75% of owner-funded capital expenses, and 50% of the operating profit in excess of such sum | $91,571,054 |
| The Clancy | 5% | 50% of the excess of operating profit (after deduction for contributions to the FF&E reserve) over owner's priority up to the Spread Threshold of $3,000,000, reduced to 25% for Operating Profit exceeding the Spread Threshold. | 1.5% of gross room sales | $12,478,067, plus 11.5% of owner funded capital expenses | Not applicable |
| The Notary Hotel | 4% | 20% of the excess of operating profit over owner's priority | 1.5% of gross room sales | $9,053,011 Plus 10.25% of owner-funded capital expenditures after the effective date, the amount of reserve shortfalls funded by Owner after the effective date, and the amount of owner-funded capital expenditures spent for completion of the conversion of the hotel to The Notary Hotel, up to $18,000,000 | Not applicable |
| Sofitel Chicago Magnificent Mile | 3% | 20% of the amount by which the hotel's annual net operating income exceeds a threshold amount (equal to 8% of our total investment in the hotel), capped at 2.5% of gross hotel revenues | 2% of gross hotel revenues | $13,891,288 plus 8% of all expenditures to fund capital improvements | Not applicable |

27

| Hotel | Management Fee[1] | Incentive Fee | Marketing Fee | Owner's Priority[2] | Owner's Investment[2] |
|---|---|---|---|---|---|
| Pier House Resort & Spa | Greater of $17,320 monthly or 3% | The lesser of 1% of gross revenues or the amount by which actual house profit exceeds budgeted house profit | Not applicable | Not applicable | Not applicable |
| Bardessono Hotel and Spa | Greater of $17,320 monthly or 3% | The lesser of 1% of gross revenues or the amount by which actual house profit exceeds budgeted house profit | Not applicable | Not applicable | Not applicable |
| The Ritz-Carlton St. Thomas | 3.0%, comprised of a management fee of 0.4% and a royalty fee of 2.6% | 20% of the excess, if any, of Operating Profit for such Fiscal Year over owner's priority for such Fiscal Year | 1.0% of gross revenues | $11,097,622 plus 10.25% of the amount of owner-funded capital expenditures | Not applicable |
| Park Hyatt Beaver Creek Resort & Spa | Greater of 3.0% or $2,627,452 on an annual basis (increased annually by lesser of CPI or 8% of prior year management fee) | 12.5% Profit plus 15% of Profit less the Base Fee that is in excess of $4 million | Not applicable | Not applicable | Not applicable |
| Hotel Yountville | Greater of $17,320 monthly or 3% | The lesser of 1% of gross revenues or the amount by which actual house profit exceeds budgeted house profit | Not applicable | Not applicable | Not applicable |
| The Ritz-Carlton Sarasota | 3% | 20% of Available cash flow defined as Net Operating Income minus the owner's priority | 1% of gross hotel revenues for each fiscal year, excluding member dues, initiation, or joining fees or deposits of Club members | $7,465,000 plus 10.25% of the amount of future owner-funded capital expenditures | Not applicable |
| The Ritz-Carlton Lake Tahoe | 3% | The sum of (i) 15% of the amount by which Adjusted House Profit ("AHP") for such Fiscal Year exceeds the owner's priority; provided, however, that in no event shall the total, aggregate sum of the Base Fee and the Incentive Fee paid to Operator in any given Fiscal Year exceed 6% of gross revenues for such Fiscal Year | 1% of gross revenues for each fiscal year | $9,059,563 plus 10% of the amount of certain owner-funded renovation expenditures, plus 10% of any other owner-funded capital expenditures after 1/1/2022 that were approved by manager, plus a varying additional credit based on the number of condominium units (which are to be constructed) in the voluntary rental program | Not applicable |
| Cameo Beverly Hills | Greater of $17,320 monthly or 3% | The lesser of 1% of gross revenues or the amount by which actual house profit exceeds budgeted house profit | Not applicable | Not applicable | Not applicable |
| The Ritz-Carlton Reserve Dorado Beach | 3%, comprised of a management fee of 0.4% and a royalty fee of 2.6% | $250,000 if Net House Profit exceeds Owner's Priority plus 20% of the excess of Net House Profit over Owner's Priority with annual true-up | 1% of Gross Revenues plus allocation of reimbursable expenses | $14,455,110 plus (a) 11% of any operating losses funded by owner, plus (b) 11% of certain non-routine capital expenditures incurred by manager and certain non-routine owner-funded capital expenditures, plus (c) $100,000 time the number of condominium units in the voluntary rental program at the beginning of each FY, plus (d) an amount negotiated at the beginning of each year for the West Beach Estates and East Beach Villas participating in the standard and flexible voluntary rental program | Not applicable |
| Four Seasons Resort Scottsdale | 3.5%, comprised of a management fee of 3.0% and a royalty fee of 0.5% | 7.5% of the amount of operating profit (after deducting property taxes, insurance premiums, and expenditures from the capital reserve) for a particular period, minus the Hurdle Amount applicable for the same period. If there is a negative incentive fee in any year, the negative balance will carry forward and operate as a hurdle to future incentive fees | 1.47% of budgeted gross revenues. | $19,741,351.59 (to be reduced to zero in January 1, 2039). Any Additional Capital will be reduced to zero 15 years after made. | Not applicable |

---

(1) Management fee is expressed as a percentage of gross hotel revenue.